UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-80636-Civ-Marra/Johnson

FLORIDA HOMETOWN DEMOCRACY, INC.,
PAMELA WINCHESTER, BARBARA HERRIN,
SUSAN DUNN, JOHN DUNN, NANCY LEE,
JOSEPH FLORIO, JANET STANKO and JOYCE
TARNOW,

                **Plaintiffs,**

v.

KURT BROWNING, in his Official Capacity as
Florida Secretary of State,

                **Defendant.**
_____/

## MOTION FOR PRELIMINARY INJUNCTION

      Plaintiffs, by and through counsel, move the Court for a preliminary injunction (1)(a) prohibiting defendant from enforcing Florida's new early filing deadline for citizens initiative petitions; (b) prohibiting the continued use of disparate signature-verification criteria by the county Supervisors of Elections; and (c) invalidating Florida's new law granting private property owners the power to selectively permit or prohibit the circulation of citizens' initiative petitions on their premises; and (2) directing defendant to place the proposed Hometown Democracy amendment on the November 4, 2008 general election ballot.

      Declarations, exhibits and a memorandum in support of plaintiffs' motion are being filed herewith.

Dated: July 3, 2008.

                                                    Respectfully submitted,

Gary Sinawski
180 Montague Street 26th Floor
Brooklyn, NY 11201
Tel: (516) 971-7783
Fax: (212) 581-1352
E-mail: GSinawski@aol.com


s/*Lesley Blackner*
Lesley Blackner
Florida Bar No. 654403
123 Australian Avenue
Palm Beach, FL 33480
Tel: (561) 659-5754
Fax: (561) 659-3184
E-mail: Lblackner@aol.com

Ross Stafford Burnaman
Florida Bar No. 397784
1018 Holland Drive
Tallahassee, FL 32301
Tel: (850) 942-1474
E-mail: rossburnaman@earthlink.net

Attorneys for Plaintiffs


CERTIFICATE OF SERVICE


I hereby certify that on the 3rd day of July, 2008, I electronically filed the foregoing document with attached exhibits with the Clerk of the Court using CM/ECF and also sent by First Class United States Mail the foregoing document with attached exhibits to the following counsel of record for the defendant in this action:

RICHARD E. DORAN
RDoran@Ausley.com
STEPHEN C. EMMANUEL
SEmmanuel@Ausley.com

Ausley & McMullen
227 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115; Fax: (850) 222-7560

LYNN C. HEARN
General Counsel
Florida Department of State
LCHearn@dos.state.fl.us
Office of the General Counsel
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399-0250
(850) 245-6536; Fax: (850) 245-6127

                                                                                        s/ *Lesley Blackner*
                                                                                        _____
                                                                                        Lesley Blackner