IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 08-80636-Civ-Marra/Johnson

**Florida Hometown Democracy, Inc.;
Pamela Winchester; Barbara Herrin;
Susan & John Dunn; Nancy Lee; Joseph
Florio; Janet Stanko; and Joyce Tarnow**

       **Plaintiffs,**

   v.

**Kurt Browning, in his Official Capacity
as Secretary of State for the State of
Florida,**

       **Defendant.**

**Plaintiffs' Notice of Filing in Support of Motion for Preliminary Injunction**

Plaintiffs hereby file the following documents in support of their Motion for Preliminary Injunction:

    Exhibit 1: Declaration of Gary Sinawski

    Exhibit 2: Affidavit of Barbara Herrrin (with attachments)

    Exhibit 3: Affidavit of Nancy Lee (with attachments)

    Exhibit 4: Affidavit of Pamela Winchester

Dated this 3rd day of July, 2008.

                                          Respectfully submitted,

                                          Gary Sinawski
                                          E-mail: GSinawski@aol.com
                                          180 Montague Street 26 Floor
                                          Brooklyn, NY 11201

        Tel: (516) 971-7783
        Fax: (212) 581-1352


        s/ *Lesley Blackner*
        _____
        Lesley Blackner
        E-mail: LBlackner@aol.com
        Florida Bar No. 654403
        123 Australian Avenue
        Palm Beach, FL 33480
        Tel: (561) 659-5754
        Fax: (561) 659-3184


        Ross Stafford Burnaman
        Email:  rossburnaman@earthlink.net
        Florida Bar No. 32301
        1018 Holland Drive
        Tallahassee, FL  32301
        Tel:  (850)942-1474


        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2008, I electronically filed the foregoing document with attached exhibits with the Clerk of the Court using CM/ECF and also sent by First Class United States Mail the foregoing document with attached exhibits to the following counsel of record for the defendant in this action:

RICHARD E. DORAN
RDoran@Ausley.com
STEPHEN C. EMMANUEL
SEmmanuel@Ausley.com
Ausley & McMullen
227 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302

(850) 224-9115; Fax: (850) 222-7560

LYNN C. HEARN
General Counsel
Florida Department of State
LCHearn@dos.state.fl.us
Office of the General Counsel
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399-0250
(850) 245-6536; Fax: (850) 245-6127

        s/ *Lesley Blackner*
        _____
        Lesley Blackner