UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80636-Civ-Marra/Johnson

FLORIDA HOMETOWN DEMOCRACY, INC.,
PAMELA WINCHESTER, BARBARA HERRIN,
SUSAN DUNN, JOHN DUNN, NANCY LEE,
JOSEPH FLORIO, JANET STANKO and JOYCE
TARNOW,

      Plaintiffs,

v.

KURT BROWNING, in his Official Capacity as
Florida Secretary of State,

      Defendant.
_____/

## DECLARATION OF GARY SINAWSKI

Pursuant to 28 U.S.C. § 1746, Gary Sinawski declares as follows:

1. I am one of the attorneys for the plaintiffs in this matter and submit this declaration in support of their motion for a preliminary injunction.

2. Upon information and belief, the contents of the ballots for the November 4, 2008 general election in Florida must be finalized by August 26, 2008 in order for proponents of citizens' initiatives such as the Hometown Democracy initiative to comply with the publication requirements set forth in Fla. Const. Art. XI, § 5. As set forth in plaintiffs' memorandum of law, they will suffer irreparable harm if they do not obtain access to the November 8 ballot.

3. For ease of reference, the exhibits submitted in support of plaintiffs' motion, and the documents to which the exhibits are attached, are listed below.

  a. Attachments to the complaint:

    Exhibit A - Copy of the Hometown Democracy petition form.

    Exhibit B - Copy of memorandum dated December 31, 2007 from Sarah

1

Jane Bradshaw, Acting Director, Division of Elections ("DOE") to Supervisors of Elections ("SOEs").

**Exhibit C** - Copy of memorandum dated March 19, 2008 from Sarah Jane Bradshaw, Acting Director, DOE to SOEs, to which is attached a "Constitutional Amendment Initiative & Revocation Petition Signature Verification Checklist."

**Exhibit D** - Copes of email correspondence dated December 18, 21 and 31, 2007 and January 9, 2008 among David Watson of VR Systems, Inc. and various DOE personnel.

**Exhibit E** - Copy of email dated February 4, 2008 from Gary J. Holland, Assistant General Counsel, Florida Department of State to Ross Burnaman.

   b. Attachments to the affidavit of Barbara Herrin filed herewith as Exhibit 2:

**Exhibit F** - Copy of DOE Rule 1S-2.0091 as amended October 15, 2007, entitled "Constitutional Amendment Initiative Petition; Submission Deadline; Signature Verification."

**Exhibit G** - Copy of letter dated March 10, 2008 from Lesley Blackner, President, Florida Hometown Democracy to Governor Charlie Crist, Secretary of State Kurt Browning and all SOEs.

**Exhibit H** - Copy of DOE Emergency Rule 1SER08-1 effective January 14, 2008.

**Exhibit I** - Copy of sample public records request dated March 16, 2008 from Florida Hometown Democracy to SOEs.

**Exhibit J** - Spreadsheet prepared by plaintiff Barbara Herrin regarding petition signature rejection criteria utilized by the SOEs.

**Exhibit K** - Handwritten notes dated March 11, 2008 prepared by plaintiff Barbara Herrin in conjunction with her observations of the Volusia County SOE's petition-signature verification operation, and copies of seven rejected petition signatures.

**Exhibit L** - Copy of email dated May 8, 2008 from Nancy Lee, Florida Hometown Democracy to Lesley Blackner, Florida Hometown Democracy forwarding copy of email dated May 8, 2008 from Ivy Korman, Deputy SOE, Miami-Dade County to Nancy Lee.

Exhibit M - Copy of email dated May 9, 2008 from Amber N. Barrett, Florida Department of State to Florida Hometown Democracy forwarding memorandum dated April 21, 2008 from Donald L. Palmer, Director, Division of Elections to SOEs regarding "Candidate Petition and Initiative Petition Checklists," to which is attached a "Candidate Petition Signature Verification Checklist."

Exhibit N - Copies of handbills from Florida Chamber of Commerce website[1] regarding the 2007 amendment to Fla. Stat. 100.371(8) (2007).

Exhibit O - Copy of email dated June 26, 2008 from Ross Burnaman to Florida Hometown Democracy and others forwarding email dated June 26, 2008 from Gary J. Holland, Assistant General Counsel, Florida Department of State to SOEs and other interested parties concerning emergency rules 1SER08-2(1S-2.0091) and 1SER08-3(1S-2.0095) effective July 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2008.

Gary Sinawski

---

[1] These handbills appear to have been removed from the Chamber of Commerce website as of mid-June, 2008.

3