**1S-2.0091  Constitutional  Amendment  Initiative  Petition;  Submission  Deadline;  Signature Verification.**

(1) Submission. Signed initiative petition forms proposing amendments to the Florida Constitution shall be submitted solely by the sponsoring political committee to the Supervisor of Elections in the county in which the petition forms were circulated. It is the responsibility of the sponsoring political committee to ensure that the signed petition form is properly filed with, or if misfiled forwarded to, the Supervisor of Elections of the county in which the signee is a registered voter. In the case of a misfiled petition, the filing date of the petition is the date such petition is filed with the proper county.

(2) Signature Verification.

(a) In accordance with the signature verification fee provisions in Section 99.097(4), F.S., the Supervisor of Elections shall verify the signatures on each initiative petition form within 30 days of receipt of the form to ensure that each person signing the petition form:

1. Was, at the time of signing and verification of the petitions, a registered voter in the county in which the petition is submitted,

2. Had not previously revoked his or her signature on the petition,

3. Had not signed the petition form more than four years prior to the date the Supervisor verified the petition, and

4. Had not ever previously signed a petition form containing the identical initiative.

(b) The Supervisor shall not verify a signature on an initiative petition form unless all of the following information is contained on the petition form:

1. The voter's name,

2. The voter's residential street address (including city and county),

3. The voter's date of birth or voter registration number,

4. The voter's original signature, and

5. The date the voter signed the petition, as recorded by the voter.

(3) Random Sampling Not Permitted. Supervisors of Elections may not use random sampling as a method for verifying signatures on constutional amendment initative petitions.

(4) Recordation of Verification. No later than 24 hours after verification of signatures on submitted initiative petition forms, the Supervisor of Elections shall directly record into the statewide voter registration system each valid and verified signature. The appropriate supervisor of elections for each respective voter whose signature is verified as valid shall record the date the form was received, the date of the signature, the date the signature was verified, and the assigned serial number for the applicable initiative petition.

(a) Determination of Constitutionally Requisite Number of Signatures. The Division shall determine from the verified petition signatures recorded in the statewide voter registration system whether the constitutionally requisite number of verified signatures has been obtained with respect to each constitutional amendment for each congressional district and the State as a whole. In order for the initiative petition to be timely filed for appearance on the ballot for the next general election, the constitutionally requisite number of verified signatures must be recorded in the statewide voter registration system no later than 5:00 p.m. on February 1 of the year in which the general election is held.

(b) Prior to any determination that the constitutionally requisite number of signatures has been obtained for purposes of placing an amendment by initiative on the ballot, the Division shall determine in accordance with Rule 1S-2.0095, F.A.C., the number of verified petition revocations recorded no later than 5:00 p.m. on February 1 of the same year. The Division shall then deduct that number from the number of verified signatures recorded for the underlying applicable constitutional initiative amendment. Upon a determination that the constitutionally requisite number of signatures has been obtained, the Secretary of State shall issue a certificate of ballot position in accordance with Section 100.371, F.S., to the appropriate sponsoring political

**Exhibit E**

1

committee and assign a designating ballot number.

(c) For any constitutional amendment by initiative that obtained a certification of ballot position prior to the effective date of this rule, a determination shall be made whether the number of verified signatures for petition revocations recorded as of 5:00 p.m. on February 1 of the year in which the next general election is held is sufficient to reduce the number of verified signatures for the underlying initiative amendment below the constitutionally required number of signatures obtained for ballot placement. If the number of recorded verified petition revocations is sufficient, then the initiative amendment is removed or stricken from the ballot in accordance with subsection 1S-2.0011(3), F.A.C.

(5) Limitation on Use of Verified Signatures. Verified signatures used successfully to place a proposed amendment by initiative on the ballot that subsequently fails to be approved by the electors at the general election shall not be used again in support of any future initiative petition.

*Specific Authority 20.10(3), 97.012(1), 100.371(7) FS. Law Implemented 100.371 FS. History–New 1-6-80, Amended 12-20-83, Formerly 1C-7.091, 1C-7.0091, Amended 2-13-90, 3-5-96, 1-5-04, 3-16-06, 10-15-07.*

Florida Hometown Democracy, Inc.
P.O. Box 636
New Smyrna Beach, Florida  32170
561-659-5754
www.floridahometowndemocracy.com

March 10, 2008

*Via Email*

Governor Charlie Crist
Secretary of State Kurt Browning
All Supervisors of Elections

Re:  Florida Hometown Democracy Petition (05-18)

Dear Governor, Secretary and Supervisors of Elections

The purpose of this letter is to bring to your attention certain systematic errors associated with the validation and revocation of Florida Hometown Democracy petitions.  Florida Hometown Democracy has documented these errors and now requests their expeditious correction.  This letter also includes a public records request for certain detailed information relating to the Florida Hometown Democracy petition.

I.  *Double counting of revocations.*

As of this date, we have now documented instances in which a Supervisor of Elections deducted the number of revocations from a count of batch of valid petitions ("valids") and forwarded that tally up to the Division of Elections.  The State then deducts the revocations from the valids, thereby producing a double counting of revocations.  This inadvertent practice is unlawful.  As such, it must be corrected immediately.  It is incumbent upon the State and each Supervisor of Elections to examine its method for deducting revocations from valids.  It is imperative that the State and the Supervisors of Elections correct all double counting of revocations and provide Florida Hometown Democracy with a corrected count of valids and revocations.

Exhibit "G"

1

II.     *Rejection of petitions signed by "inactive" or "purged" voters.*

We have now documented counties which have rejected petitions signed by voters listed as "inactive" or "purged" on the voter rolls. This practice is unlawful and must be corrected immediately. The Division of Elections issued Opinion DE 04-01 which *expressly* states that a petition signed by an "inactive" voter shall be accepted as valid, even when the address on the petition varies from the address provided on the voter roll. The rejection of petitions signed by "purged" voters is likewise unlawful. Opinion DE 78-20 states that a "purged" voter is the equivalent of an "inactive" voter.

Accordingly, it is incumbent upon each Supervisor of Elections to examine its rejection criteria and remove the "inactive" or "purged" rejection codes. Those Florida Hometown Democracy petitions that were improperly rejected as "inactive" or "purged" must be promptly reclassified as valid and reported immediately to the Division of Elections as such.

III.     *Petitions rejected because address on petition does not match address on voter roll.*

We have now documented counties which have rejected petitions on the ground that the address on the petition differs from the address on the registration record. The Division of Elections Opinion DE 88-31 provides that such petitions must be accepted as valid. It is incumbent upon each Supervisor of Elections to examine its rejection criteria and remove a rejection code for improper address or changed address. Those Florida Hometown Democracy petitions that were improperly rejected for this reason must be reclassified as valid and reported immediately to the Division of Elections as such.

IV.     *Public records request to each Supervisor of Elections.*

Florida Hometown Democracy has submitted no petitions to any Supervisor of Elections since February 1, 2008. The validation of all Florida Hometown Democracy petitions should be completed. To that end, please respond to the following request for information to me, Lesley Blackner at my email address: LBlackner@aol.com

I request the following information from your office:

2

1. Total of all 05-18 petitions received in your office through February 1, 2008.

2. Total of all 05-18 valids, before deducting for revocations, with distribution by congressional district.

3. List of your reject codes, and what each code means.

4. Total 05-18 rejects with reject reason provided.

5. Total of all 95-18R valids (revocation) received by February 1, 2008 with distribution by congressional districts.

Thank you for your attention to this important matter. I look forward to your prompt response.

Sincerely,


Lesley Blackner
President, Florida Hometown Democracy


Sarah Jane Bradshaw, Division of Election

3

Notice of Emergency Rule

**DEPARTMENT OF STATE**
**Division of Elections**
RULE NO: RULE TITLE

1SER08-1: Constitutional Amendment Initiative Petition; Submission

Deadline: Signature Verification

SPECIFIC REASONS FOR FINDING AN IMMEDIATE DANGER TO THE
PUBLIC HEALTH, SAFETY OR WELFARE: Pursuant to Section
120.54(4)(b), Florida Statutes, this emergency rule pertains to the public
health, safety, and welfare as it involves the interpretation and implementation
of the requirements of Chapters 97-102 and 105 of the Florida Election Code.
Prior to 2007, supervisors of elections submitted to the Secretary of State paper
certificates indicating the number of signatures verified as valid for each
petition initiative. Effective January 1, 2007, Section 100.371, Florida Statutes,
was amended to require supervisors of elections to record each valid signature
in the statewide voter registration system. Chapter 2005-278, § 28, Laws of
Florida (2005). Under the amended law, the Secretary of State is required to
determine the total number of verified valid signatures "from the signatures
verified by the supervisors of elections and recorded in the statewide voter
registration system." Section 100.371(4), Fla. Stat. (2007). The Division of
Elections anticipated that the number of verified valid signatures would be able
to be determined solely from the statewide voter registration system, and
therefore amended Rule 1S-2.0091, F.A.C., to provide that "[t]he Division
shall determine from the verified petition signatures recorded in the statewide
voter registration system whether the constitutionally requisite number of
verified signatures has been obtained . . . ."

Recently, the Secretary of State's staff noticed discrepancies in the numbers of
signatures being verified in the statewide voter registration system. These
discrepancies can be explained, in part, by human error. For example, some
county supervisor of elections' staff established the initiative petitions as local,
not statewide, petitions; the staff linked local petition numbers to the state

Exhibit 

1

petition numbers incorrectly; and vendors and elections staff used computer programs to batch petition input into the statewide voter registration system that did not distinguish between signatures recorded prior to and after January 2007. These discrepancies have seriously undermined the integrity, accuracy, and reliability of the signatures recorded in the statewide voter registration system. The Secretary of State now lacks confidence in the accuracy of signature verification numbers reported in the statewide voter registration system. The Secretary of State believes paper certifications from the county supervisors of elections reflect the most accurate accounting of verified signatures and he therefore desires to base his determination of the constitutionally required numbers on paper certifications. The Secretary's verification process would be very similar to the process that existed in rule prior to January 2007.

The Emergency Rule is necessary to ensure an accurate counting of signatures verified by the supervisors of elections as it will not require the Secretary of State to base his determination solely upon the signatures recorded in the statewide voter registration system. The Secretary must determine by February 1, 2008, which proposed amendments have been signed by the constitutionally required number and distribution of electors. Section 100.371(1), Fla. Stat. (2007). There is insufficient time to amend Rule 1S-2.0091 through the normal rulemaking process prior to the February 1st deadline. Procedures must be in place on February 1st that will provide the Secretary of State the ability to base his certification on the most accurate count available of signatures verified by the supervisors of elections. Absent this emergency rule, there will be an adverse effect on the conduct of elections and the initiative process in the State of Florida. Therefore, this emergency rule is necessary to provide the Secretary of State with the ability to make the most accurate certification on initiative petitions proposing constitutional amendments and to ensure and maintain the efficiency, integrity, and public confidence in the initiative process. Based on the foregoing, the Department of State finds that the adoption of this rule is necessary to prevent an immediate danger to the public health, safety and

2

welfare.

REASON FOR CONCLUDING THAT THE PROCEDURE IS FAIR UNDER THE CIRCUMSTANCES: The Division of Elections is aware of the rulemaking procedures prescribed by Section 120.54, Florida Statutes. That process requires advance notice to the general public of intended rules and the opportunity to submit comments on the intended rule, prior to the agency's adoption of the rule. The time period for general rulemaking takes at least 60 days and will prevent the timely amendment and adoption of a rule needed to amend the method used by the Secretary of State to verify the signatures on constitutional amendment initiative petitions before February 1, 2008. This emergency rule will permit the Secretary of State to make the most accurate determination whether the requisite number of signatures has been obtained. This emergency rule represents a return to the way the Secretary of State made that determination by rule prior to January 2007. On January 9, 2008, the Secretary of State held teleconferences with representatives of the sponsors of initiative petitions, and with members of the press, regarding the Secretary's lack of confidence in the signature numbers in the statewide voter registration system and informed them that he would be obtaining, and relying upon, paper certifications from each county supervisor of elections.

SUMMARY: This emergency rule removes the requirement that the determination of the constitutionally requisite number of signatures verified by the supervisors of elections with respect to constitutional initiative petitions be based solely upon the number of verified signatures recorded in the statewide voter registration system.

THE PERSON TO BE CONTACTED REGARDING THE EMERGENCY RULE IS: This emergency rule removes the requirement that the determination of the constitutionally requisite number of signatures verified by the supervisors of elections with respect to constitutional initiative petitions be based solely upon the number of verified signatures recorded in the statewide voter registration system.

3

THE FULL TEXT OF THE EMERGENCY RULE IS:

1SER08-1 (1S-2.0091) Constitutional Amendment Initiative Petition; Submission Deadline; Signature Verification.

    (1) Submission. Signed initiative petition forms proposing amendments to the Florida Constitution shall be submitted solely by the sponsoring political committee to the Supervisor of Elections in the county in which the petition forms were circulated. It is the responsibility of the sponsoring political committee to ensure that the signed petition form is properly filed with, or if misfiled forwarded to, the Supervisor of Elections of the county in which the signee is a registered voter. In the case of a misfiled petition, the filing date of the petition is the date such petition is filed with the proper county.

(2) Signature Verification.

    (a) In accordance with the signature verification fee provisions in Section 99.097(4), F.S., the Supervisor of Elections shall verify the signatures on each initiative petition form within 30 days of receipt of the form to ensure that each person signing the petition form:

        1. Was, at the time of signing and verification of the petitions, a registered voter in the county in which the petition is submitted,

        2. Had not previously revoked his or her signature on the petition,

        3. Had not signed the petition form more than four years prior to the date the Supervisor verified the petition, and

        4. Had not ever previously signed a petition form containing the identical initiative.

    (b) The Supervisor shall not verify a signature on an initiative petition form unless all of the following information is contained on the petition form:

        1. The voter's name,

        2. The voter's residential street address (including city and county),

4

       3. The voter's date of birth or voter registration number,

       4. The voter's original signature, and

       5. The date the voter signed the petition, as recorded by the
voter.

(3) Random Sampling Not Permitted. Supervisors of Elections may not use
random sampling as a method for verifying signatures on constitutional
amendment initative petitions.

(4) Recordation of Verification. No later than 24 hours after verification of
signatures on submitted initiative petition forms, the Supervisor of Elections
shall directly record into the statewide voter registration system each valid and
verified signature. The appropriate supervisor of elections for each respective
voter whose signature is verified as valid shall record the date the form was
received, the date of the signature, the date the signature was verified, and the
assigned serial number for the applicable initiative petition.

    (a)  ~~Determination of Constitutionally Requisite Number of
Signatures.   The Division shall determine from the verified petition
signatures recorded in the statewide voter registration system whether
the constitutionally requisite number of verified signatures has been
obtained with respect to each constitutional amendment for each
congressional district and the State as a whole~~. In order for the initiative
petition to be timely filed for appearance on the ballot for the next
general election, the constitutionally requisite number of verified
signatures must be <u>verified and reported to the Division</u> ~~recorded in the
statewide voter registration system~~ no later than 5:00 p.m. on February 1
of the year in which the general election is held.

    (b) Prior to any determination that the constitutionally requisite number
of signatures has been obtained for purposes of placing an amendment
by initiative on the ballot, the Division shall determine in accordance
with Rule 1S-2.0095, F.A.C., the number of verified petition revocations
recorded no later than 5:00 p.m. on February 1 of the same year. The
Division shall then deduct that number from the number of verified

signatures recorded for the underlying applicable constitutional initiative amendment. Upon a determination that the constitutionally requisite number of signatures has been obtained, the Secretary of State shall issue a certificate of ballot position in accordance with Section 100.371, F.S., to the appropriate sponsoring political committee and assign a designating ballot number.

(c) For any constitutional amendment by initiative that obtained a certification of ballot position prior to the effective date of this rule, a determination shall be made whether the number of verified signatures for petition revocations recorded as of 5:00 p.m. on February 1 of the year in which the next general election is held is sufficient to reduce the number of verified signatures for the underlying initiative amendment below the constitutionally required number of signatures obtained for ballot placement. If the number of recorded verified petition revocations is sufficient, then the initiative amendment is removed or stricken from the ballot in accordance with subsection 1S-2.0011(3), F.A.C.

(5) Limitation on Use of Verified Signatures. Verified signatures used successfully to place a proposed amendment by initiative on the ballot that subsequently fails to be approved by the electors at the general election shall not be used again in support of any future initiative petition.

Specific Authority 20.10(3), 97.012(1), 100.371(7) FS. Law Implemented 100.371 FS. History–New 1-6-80, Amended 12-20-83, Formerly 1C-7.091, 1C-7.0091, Amended 2-13-90, 3-5-96, 1-5-04, 3-16-06, 10-15-07, 1-14-08.

THIS RULE TAKES EFFECT UPON BEING FILED WITH THE DEPARTMENT OF STATE UNLESS A LATER TIME AND DATE IS SPECIFIED IN THE RULE.

EFFECTIVE DATE: January 14, 2008

 MAIL

Print - Close Window

Date:    Sun, 16 March 2008 00:25:35 -0700 (PDT)
From:    "Florida Hometown Democracy" <flhometown@yahoo.com>
Subject: Public Records request - rejects for #05-18
To:      Gadsden Co Sup of Elections <info@gadsdensoe.com>

Greetings Ms. Knight could you please provide us with the
toal rejected 05-18 petitions from Gadsden County through 3-2-08?
May we have a breakdown of that total by reject reason, and a copy
of the reject criteria codes/definitons for each category?  Thank you
in advance!   the FHD committee


HELP SAVE WHAT'S LEFT OF  FLORIDA...
*LET THE PEOPLE VOTE to control growth!*
http://www.FloridaHometownDemocracy.com
PO Box 636, New Smyrna Beach, FL 32170-0636.
Pd.pol.adv.byFloridaHometownDemocracy,Inc,PAC

Exhibit 

EXHIBIT "J" IS AN OVERSIZED DOCUMENT THAT WAS FILED
SEPERATELY.

Frank West, Heather —, Ann McFall        when → that would be #10:00 la.

— First we reviewed rejects from '05 on thru '08. They were separated by batch received, then within by batch processor by person validating

— We found many petitions which were marked "illegal" which we were told was because they didn't have "Pd pol ads" on the bottom due to poor copy or copied off the page — all such pet.s were on the approved form & ____ had serial # + date approved.

— We found many pets rejected due to DOB being off (usually year of birth) — the rest of the pet. was correct but was rejected due to DOB
— We found many ____ pets from PCI   -- Voter wrong
   Richard Fratlin           Senjer "__"     registrants

— we were told if voter was located in FVRS but was reg. out of county — those pets were filed away w/ voids but not counted, followed up on or returned to committee — "we're not obligated to do so, so we don't"

— There were "ok's" mixed in the rejects, but they said they had not been counted as rejects they were just mis-filed

— Palm found 2 (at least) that had the VIN off by a number or 2 that they said they should accept but we in were rejects.

— Pd $5.30 in copy costs.

— Said if had "copy made" they had sent letter to vote to change address + had accepted as valid.

**Exhibit I "K"**                                    1

## CONSTITUTIONAL AMENDMENT PETITION FORM    *Illegal*

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

**I AM REGISTERED TO VOTE IN** _VOLUSIA_ **COUNTY.**

NAME _JOHN P FINN_ STREET ADDRESS _1840 OLD TOMOKA RD._
Please **PRINT** Name as it appears on Voter I.D. Card    **PRINT** Current <u>Physical</u> Address ( NO PO BOXES )

CITY _ORMOND BEACH_ , FL ZIP _32174_ , USA  COUNTY _VOLUSIA_
(County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION <u>IN SAME COUNTY</u>? Yes___ No ✓

VOTER REGISTRATION NUMBER _108414154_  **-or-**  DATE OF BIRTH _02 / 14 / 194_
Month   Day   Year

X _signature_                                 DATE _12/13/2007_
SIGNATURE AS IT APPEARS ON VOTER I.D. CARD          DATE SIGNED

---

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.
**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice. Provides definitions.

---

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:

**Article II, Section 7.** Natural resources and scenic beauty of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general
law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number: _05-18_                     Date Approved: _June 21, 2005_

| Return to:                                   | www.FloridaHometownDemocracy.com                              |
| Florida Hometown Democracy, Inc.,           | phone: (866) 779-5513                                         |
| P.O. Box 636                                 | email: info@floridahometowndemocracy.com                     |
| New Smyrna Beach, FL 32170-0636             | **PLEASE DONATE!** Contributions should be made payable to "Florida Hometown Democracy, Inc." |

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following amendment to the Florida Constitution on the ballot in the next general election.

**I AM REGISTERED TO VOTE IN** _Volusia_ **COUNTY.**

NAME _Clement Warner_ STREET ADDRESS _841 N MLK Blvd_
Please PRINT Name as it appears on Voter I.D. Card                PRINT Current Physical Address ( NO PO BOXES)

CITY _Daytona Beach_ , FL ZIP_32114_ , USA   COUNTY _Volusia_
                                                                   (County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No___

VOTER REGISTRATION NUMBER _10509413_ -or- DATE OF BIRTH _09_ _26_ _85_
                                                                Month  Day  Year

X _Clement Warner_                        DATE _11-10-05_
SIGNATURE AS IT APPEARS ON VOTER I.D. CARD              DATE SIGNED

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS.
**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be subject to vote of the electors of the local government by referendum, following preparation by the local planning agency, consideration by the governing body and notice. Provides definitions.

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:
**Article II, Section 7. Natural resources and scenic beauty** of the Florida Constitution is amended to add the following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum, following preparation by the local planning agency, consideration by the governing body as provided by general law, and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a comprehensive land use plan and plan amendments after public notice and hearings and for making recommendations to the governing body of the local government regarding the adoption or amendment of a comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number 05-18                          Date Approved June 21, 2005

ph/fax:: 386-424-0860 email:info@floridahometowndemocracy.com

Return to:
**Florida Hometown Democracy, Inc.,**
P.O. Box 636
New Smyrna Beach, FL 32170-0636
http://www.FloridaHometownDemocracy.com

**PLEASE HELP US!** Contributions should be made payable to "Florida Hometown Democracy, Inc."

Kirk Moulton / Linjen
900 Gates Dr
TLH, Fl 32301

*Ineligible – Reg in Ala. County*
*Copy made*
*3-1-07*

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

## I AM REGISTERED TO VOTE IN ___Volus___ COUNTY.

NAME _Gregory Mlay_   STREET ADDRESS _106 E Av_
   Please **PRINT** Name as it appears on Voter I.D. Card          **PRINT** Current Physical Address ( NO PO BOXES)

CITY _Wilbur By The Sea_ FL ZIP _32127_ , USA   COUNTY _Volus_
                                                               (County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No___

VOTER REGISTRATION NUMBER _108661576_ **-or-** DATE OF BIRTH _1/29/82_
                                                     Month   Day   Year

X _____   DATE _9/13/07_
   SIGNATURE AS IT APPEARS ON VOTER I.D. CARD                  DATE SIGNED

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.
**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice.  Provides definitions.

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:

**Article II, Section 7.  Natural resources and scenic beauty** of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians.  Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation.  Notice and referendum will be as provided by general
law.  This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number  05-18         Date Approved  June 21, 2005

| Return to: | http://www.FloridaHometownDemocracy.com |
|---|---|
| **Florida Hometown Democracy, Inc.,** | phone:: (866) 779-5513 |
| **P.O. Box 636** | email: info@floridahometowndemocracy.com |
| **New Smyrna Beach, FL 32170-0636** | **PLEASE HELP US!**  Contributions should be made payable to "Florida Hometown Democracy, Inc." |

*pd.pol.adv., Florida Hometown Democracy, Inc.*

PCI Consulting, Inc.
214 Main St., #299, El Segundo, CA 90245

*Deceased - 8/23/05 copy/needs at for*

*ineligible*

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

## I AM REGISTERED TO VOTE IN    VOLUSIA    COUNTY.

NAME _DANIEL J. GUNN_    STREET ADDRESS _80 CALUMET AVE_
Please PRINT Name as it appears on Voter I.D. Card          PRINT Current Physical Address ( NO PO BOXES)

CITY _PONCE INLET_ , FL ZIP _32127_ , USA COUNTY _VOLUSIA_
(County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No _✓_

VOTER REGISTRATION NUMBER _284405077_ -or- DATE OF BIRTH _7 / 16 / 24_
Month   Day   Year

X _Daniel J. G._                DATE _7/1/05_
SIGNATURE AS IT APPEARS ON VOTER I.D. CARD               DATE SIGNED

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.

**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice. Provides definitions.

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:

**Article II, Section 7. Natural resources and scenic beauty** of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general
law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number  05-18                        Date Approved June 21, 2005

| Return to: | ph/fax:: 386-424-0860 email:info@floridahometowndemocracy.com |
| Florida Hometown Democracy, Inc., | **PLEASE HELP US!**  Contributions should be made |
| P.O. Box 636 | payable to "Florida Hometown Democracy, Inc." |
| New Smyrna Beach, FL 32170-0636 | |
| http://www.FloridaHometownDemocracy.com | |

pd.pol.adv., Florida Hometown Democracy, Inc.

*Deceased - 8/23/05*
*copy/records*
*at hp*

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

*ineligible*

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

# I AM REGISTERED TO VOTE IN   VOLUSIA   COUNTY.

NAME _DANIEL J. GUNN_   STREET ADDRESS _80 CALUMET Ave_
      Please PRINT Name as it appears on Voter I.D. Card                    PRINT Current Physical Address ( NO PO BOXES)

CITY _PONCE INLET_ , FL ZIP_32127_ , USA   COUNTY _VOLUSIA_
                                                                              (County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No_✓_

VOTER REGISTRATION NUMBER _284005077_ -or- DATE OF BIRTH _4_/_16_/_24_
                                                                    Month  Day  Year

X _Daniel J. G._                                    DATE _7_/_1_/_05_
     SIGNATURE AS IT APPEARS ON VOTER I.D. CARD                  DATE SIGNED

---

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.

**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice. Provides definitions.

---

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:

**Article II, Section 7. Natural resources and scenic beauty** of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general
law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

    Serial Number  05-18                                 Date Approved  June 21, 2005

---

| Return to:                              | ph/fax:: 386-424-0860 email:info@floridahometowndemocracy.com |
| Florida Hometown Democracy, Inc.,       | **PLEASE HELP US!** Contributions should be made |
| P.O. Box 636                            | payable to "Florida Hometown Democracy, Inc." |
| New Smyrna Beach, FL 32170-0636         |                                                |
| http://www.FloridaHometownDemocracy.com |                                                |

pd.pol.adv., Florida Hometown Democracy, Inc.

*Keep # + DOB missing*
*copy needed*

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

*2-1-48*

I am a **registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

**I AM REGISTERED TO VOTE IN** _____Volusia_____ **COUNTY.**

NAME _Phillip A. GIORN_    STREET ADDRESS _2135 Brewster_
　　　Please PRINT Name as it appears on Voter I.D. Card　　　　PRINT Current Physical Address ( NO PO BOXES)

CITY _Deltua_ , FL ZIP _32738_ , USA  COUNTY _Volusia_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No___

VOTER REGISTRATION NUMBER _00055502_ -or- DATE OF BIRTH _2 | 1 | 4_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Month  Day  Year

**X** _____    DATE _8-2-05_
SIGNATURE AS IT APPEARS ON VOTER I.D. CARD    DATE SIGNED

---

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.

**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice. Provides definitions.

---

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:

**Article II, Section 7. Natural resources and scenic beauty** of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general
law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number 05-18                    Date Approved June 21, 2005

---

Return to:
**Florida Hometown Democracy, Inc.,**
P.O. Box 636
New Smyrna Beach, FL 32170-0636

http://www.FloridaHometownDemocracy.com

ph/fax: 386-424-0860 email:info@floridahometowndemocracy.com

**PLEASE HELP US!** Contributions should be made
payable to "Florida Hometown Democracy, Inc."

pd.pol.adv., Florida Hometown Democracy, Inc.

*Illegal*

## CONSTITUTIONAL AMENDMENT PETITION FORM

104.185 – A person who knowingly signs a petition or petitions for a candidate, minor political party, or an issue
more than one time commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083.

**I am a registered voter of Florida** and hereby petition the Secretary of State to place the following
amendment to the Florida Constitution on the ballot in the next general election.

**I AM REGISTERED TO VOTE IN** _Volusia_ **COUNTY.**

NAME _Glenna Collott Polito_ STREET ADDRESS _6 Lake Trail_
Please PRINT Name as it appears on Voter I.D. Card          PRINT Current Physical Address ( NO PO BOXES)

CITY _Ormond Bch_ , FL ZIP _32174_ , USA COUNTY _Volusia_
(County of residence)

IS THIS A CHANGE OF ADDRESS FOR VOTER REGISTRATION IN SAME COUNTY? Yes___ No _✓_

VOTER REGISTRATION NUMBER _1040787_ **-or-** DATE OF BIRTH ___/___/___
                                                              Month  Day  Year

**X** _Glenna Collott Polito_                    DATE _12/12/07_
SIGNATURE AS IT APPEARS ON VOTER I.D. CARD                  DATE SIGNED

---

**BALLOT TITLE:** REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL
GOVERNMENT COMPREHENSIVE LAND USE PLANS.
**BALLOT SUMMARY:** Establishes that before a local government may adopt a new comprehensive
land use plan, or amend a comprehensive land use plan, the proposed plan or amendment shall be
subject to vote of the electors of the local government by referendum, following preparation by the
local planning agency, consideration by the governing body and notice. Provides definitions.

---

FULL TEXT OF PROPOSED AMENDMENT:

BE IT ENACTED BY THE PEOPLE OF FLORIDA THAT:
**Article II, Section 7.** Natural resources and scenic beauty of the Florida Constitution is amended to add the
following subsection:

Public participation in local government comprehensive land use planning benefits the conservation and protection
of Florida's natural resources and scenic beauty, and the long-term quality of life of Floridians. Therefore, before a
local government may adopt a new comprehensive land use plan, or amend a comprehensive land use plan, such
proposed plan or plan amendment shall be subject to vote of the electors of the local government by referendum,
following preparation by the local planning agency, consideration by the governing body as provided by general law,
and notice thereof in a local newspaper of general circulation. Notice and referendum will be as provided by general
law. This amendment shall become effective immediately upon approval by the electors of Florida.

For purposes of this subsection:

1. "Local government" means a county or municipality.
2. "Local government comprehensive land use plan" means a plan to guide and control future land development
   in an area under the jurisdiction of a local government.
3. "Local planning agency" means the agency of a local government that is responsible for the preparation of a
   comprehensive land use plan and plan amendments after public notice and hearings and for making
   recommendations to the governing body of the local government regarding the adoption or amendment of a
   comprehensive land use plan.
4. "Governing body" means the board of county commissioners of a county, the commission or council of a
   municipality, or the chief elected governing body of a county or municipality, however designated.

Serial Number: 05-18          Date Approved: June 21, 2005

| Return to: | www.FloridaHometownDemocracy.com |
|---|---|
| **Florida Hometown Democracy, Inc.,**<br>P.O. Box 636<br>New Smyrna Beach, FL 32170-0636 | phone: (866) 779-5513<br>email: info@floridahometowndemocracy.com<br><br>**PLEASE DONATE!** Contributions should be made<br>payable to "Florida Hometown Democracy, Inc." |