Before me, the undersigned authority, personally appeared Nancy Lee who upon being duly sworn, states as follows:

1. My name is Nancy A. Lee. I live at 20448 NE 34th Court, Miami, Florida 33181. I am a registered voter in Miami-Dade County. I have lived here since September of 1992.

2. I have signed the Florida Hometown Democracy ("FHD") petition.

3. I strongly support the Florida Hometown Democracy petition and wish to see it qualified for the November 2008 ballot.

4. I have given financial donations to the Florida Hometown Democracy, Inc. PAC.

5. I have voluntarily collected Florida Hometown Democracy petitions.

6. I am concerned about the way Florida Hometown Democracy petitions were validated in Miami-Dade County as well as the rest of Florida.

7. I believe Miami-Dade County Elections went awry validating the Hometown Democracy Petitions. I went to their Department twice – by appointment -- to check out petition counting because of the high rate of rejection at that time, which was estimated to be about 40%.

8. I went to their Elections headquarters at 2700 NW 87th Avenue, Miami, FL on January 18, and again on January 25, 2008. I was told to check in with Mr. Patrick Morris, Assistant Supervisor of Elections, Voter Services Division. He was running early voting for the primary, which was to be held January 29, 2008. He said he would NOT be counting petitions on Election Day or the day after. He said a computer would not be available for my use until the 25th of January. I was disappointed because I did want to look at as many rejected



Exhibit "3"

1

petitions as possible. But I made an appointment for the morning of the 25th.

9.  During both visits the activity in the department was chaotic. There were four different petitions being validated and preparations ongoing for an election. There were petitions everywhere, at every desk I could see. On my first visit on the 18th, there was a press conference being held in the lobby by Marco Rubio, delivering his separate constitutional initiative petitions. Some of the FHD petitions were at empty desks that could be easily accessed by the public.  At a window near the entrance I observed FHD petitions just lying there.  I took a photograph of these petitions left alone at a desk (Exhibit A). I could have grabbed the pile as no one was there at the time. They put me in a room in which a staff person was counting petitions. Her relief person (for an hour or two) spent the whole time on her cell phone talking to her friends and boyfriend, as she was counting petitions. She was also answering the phone and waiting on customers. The main receptionist sat about 10 feet from the front door.  She had the duty of greeting everyone coming in.  She was also counting petitions in-between her other duties (she also was answering a phone). Patrick Morris brought me to the warehouse in the back. All the way in the rear were a number of desks set up (maybe 8 or so) and there were seasonal Morris's word) staff people counting petitions. I took two photos when I first went into the warehouse. One was of the absentee ballot sorter (Exhibit B) and one was of the boxes they lock ballots in (Exhibit C).  When Morris brought me to his office and the back warehouse area, there were petitions on every desk I could see. I was worried that no one seemed to be keeping track of them.

10. I started looking up rejects on the computer, and found the voter database system very slow and unreliable, I think that could have lead to false results in accepting or rejecting petitions. Take note, I am computer savvy, doing part-time computer graphics for non-profits, and I run a blog and do computer research every day on various databases. I found the election database one of the worst I have ever worked on. It seemed like the old

databases I used over 10 years ago. For instance, to erase a misspelled name that I was attempting to search, I had to highlight not once, but twice, to delete the error. If someone was pressuring me to get results, I would have just rejected it and gone on. Searching for a voter by address (If I couldn't read the name) took a good 30 seconds to a minute apiece to yield results. I did a lot of sitting staring at the screen.

11. In one instance, in a group of about 30 petitions which I checked that had been rejected, 23 in fact represented legitimate, registered voters. I also checked the signatures on these 23 petitions. They matched. I also found a voter marked by elections dept. as "inactive" to be an active voter, having recently voted.  It took a lot of time to get to this information, as the database was painfully slow. Also, if the name-search didn't work and if I then put in the address, sometimes I got a screen message saying "Insufficient voter search", then I had to press F9 (to clear it) and re-entered it, and then the voter would come up. I got error message "insufficient voter search" a lot.  Sometimes I put in an address and would get an error message "no such address". Then I would enter the name and the record that came up would have the same address that I previously entered and had gotten "no such address".

12. When a name was entered in a name-search, all the names in the State would come up. With common names, this was a big problem. Then you had to look for the date of birth, or the address in order to locate the voter; this involved a lot of scrolling and in my view, left a lot of room for error, especially if you don't particularly care one way or the other about the petition.

13. Workers at Miami-Dade elections were checking petitions in two ways: searching using a drop-down menu  for each of the three or four petitions they were working on at one time, or searching from the general database. I saw two different petitions being worked during my first visit. I was told by one worker to use the drop-down version. I was blocked from access to that section of the database and not instructed on how to use it. However, I did

see inexperienced people were working in the general database, as was I. When I did have a worker show me the drop-down, I was worried she would choose the wrong petition out of confusion and record data there. There were two petitions (FHD and a competing one from Floridians for Smarter Growth) both printed on green paper and very similar in appearance.

14. I wondered how long Miami-Dade had known about their computer glitches and why nothing had been done to resolve the problem? Ivy Korman, Deputy Supervisor of Elections for Miami-Dade sent this email to me January 28th, so I knew that they were aware of the problems (Exhibit D):

*"I am presently going over as many petitions as I can and reversing them as necessary. Please note, as I am the most experienced in the office, I sometimes can find some people that my staff can't by taking the time to find the voter using various methods. However, we don't always have this luxury."*

15. I found the computer system used to be grossly unreliable and painfully slow: entering a search by name, and the database would say that the person was not registered; entering a search by address, and their registration file would come up, but even this was inconsistent. Sometimes it took clearing the program with the F9 key in order to get the search criteria, which had been previously rejected with an error message, to be accepted.

A Hispanic woman in the office with me, who said she was a longtime employee, told me you have to play with the searches, trying different ways of getting the information. This was not reassuring to me because most of the staff who were doing most of the validating of petitions were what they called "seasonal workers". Much of the veteran staff was elsewhere, working on elections duties and getting ready for the upcoming election.

16. As a FHD volunteer, I was intimidated and I could not get all my questions answered by the Miami-Dade elections department. As well, the petition information contained in responses provided to my public records

request was inaccurate.

17. Miami-Dade was counting petitions received after Jan. 1 but they admitted they weren't going to be finished in time. This is an email from Ivy Korman that I received on 1/17/08 (Exhibit E):

*"We have not yet begun the following petitions:*

- *approximately 100,000 Growth Management (Floridians for Smarter Growth(FSG) -my insertion)*
- *less than 10,000 of Comprehensive Land Use (FHD-my insertion)*
- *23,500 Property Tax Cap (Rubio's-my insertion)*
- *Presently validated 31,680 Florida Growth Management (FSG-my insertion)*
- *Approximately 500 Revocations received which I am working on as we speak.*
- *Mixed queue*

*We will get to all the petitions within thirty days but some were delivered after January 1, 2008 and will not make the February 1 certification deadline."*

Ivy Korman

Deputy Supervisor of Elections

18. On 1/22/08 I wrote to Patrick Morris (Exhibit F):

*"I would like to come in on Friday if possible and look at the "Stanley rejection folders (not registered)" again...the folders you have separate in your office. I think at least 100 to 150 could be picked up there, as Stanley seems to have made a lot of errors. I know it is a drop in the bucket...but i can't go out on the street and pickup 100 petitions in one day. Now that i know your system i think i can get through these fast. It took me an hour or two to learn it's quirks navigation. Sometimes i entered a name and it didn't come up but then it with an address."*

Morris wrote back on 1/22/08( Exhibit G):

*"I will reserve the computer for your use and will be here to answer any*
*questions you may have. I look forward to seeing you."*

19. I recorded the following in an email to Lester Sola, Supervisor of
Elections for Miami-Dade County, as a report of what occurred when I went to
the SOE office on Friday 1/25/2008 (Exhibit H): I got to Miami-Dade Elections
about 10:30 or 10:45am on that date. I asked to have someone available to
answer my questions; I said I would be on the computer (in the anteroom that
was reserved for me). I went in with 6 or 7 pages of rejects I had printed from
the 11-megabyte disc (titled Invalid Voters-Only rejected) which contained
data in response to a public records request I had done, and for which I had
paid Elections $63 dollars. I had printed these records rejected for reason "1"
on them: Your rejection code: "1" means "not registered". According to the
layout page provided to me, the petition status information comes after
"registration date". There had to be at least 100 of these. I started inputting the
information and almost all of them had registration numbers (see attached
sheet Exhibit I). I circled the ones that did. I thought: If they weren't
registered, how did you get their party and their ethnic background and the
voter ID for this database? I decided to stop doing a search of the records I
printed and brought with me until I got some of my questions answered. I
asked again at the service desk to speak with Patrick Morris.

20. I found a box and found a "Stanley" (so named by me because Election
Employee Stanley signed off on many as NOT REGISTERED that were). He
was highly inaccurate. I found a Stanley folder and started searching his "Not
registered." Out of about 30 I looked at 23 were registered. I kept going out to
the window asking to see Patrick Morris. As the day progressed the phone
calls from FHD got more urgent to get information about congressional district
numbers. The girl in the room with me left for lunch at 2 (I had to leave by 3).

21. I started asking for Patrick again. I had been there 3 1/2 hours. Finally

a woman talking to a customer in the room with me, whom I had asked if I could speak to Patrick said: "There he is going up the stairs." I called out, "Patrick", and to tell you the truth he was very annoyed and said he was busy with early voting. At about 2:30 PM he brought me into his office. The first thing he said was "you have been very disruptive and if you continue we are going to have you removed." I almost started crying it made me so upset. I asked, "Who said that?" I was sitting at a computer for 4 hours intermittently asking various people that came out of the locked room, to speak to Patrick (see his email above where he assured me he would answer ALL questions. I also had made an appointment a few days in advance, I didn't just walk in. He would not produce a name of the person who called me disruptive. He said "You have 10 minutes." I really was intimidated.

22. Then he said "you have 10 minutes" again. I really couldn't focus after that. Did I get any answers-no. I need answers in writing from now on. I thought his behavior odd since he said he would answer all my questions in his email to me and he KNEW I was coming in.

23. Because of the late hour, he promised me a spreadsheet. I didn't get it before I left. He couldn't understand the attached sheet (Exhibit I again) either.   As of this date, I never got the spreadsheet.

24. I asked him how many petitions were validated as of yesterday.  He said he didn't have that information-I had to go to the state website. I asked for how many we had in each congressional district-he said he didn't have that information to go to the state website. He did answer how many petitions were in house: Count the boxes* *(*he had cardboard boxes of all petitions stacked around his office, he said they were in the order they were received)*. I did, then he started giving me numbers. I felt like our conversation went in circles.

25. Ivy Korman answered the two questions above in a subsequent email (Exhibit J) after I complained to Lester Sola about Morris' behavior (Sola is the appointed Supervisor of Elections - appointed by the elected County

Commissioners who would be directly affected by FHD). The information was not on the State website as Morris had claimed.

26. The workers counting, under a lot of pressure, were trying to work too fast with a bad system and were not able to check as closely as they should have. They were making mistakes – I would assume mostly the seasonal workers who were not as familiar with how to work with a faulty database. I only looked at a few files out of the over 43,000 rejected and found at least a 10%-20% inaccuracy rate. Further, I could not check the duplicate signatures (where we lost most of our petitions) nor could I check the unregistered voters. There were thousands left off the CD provided me that could not be checked.

27. 108 entries were on the Miami-Dade Election CD titled "Contents: Petitions 30-118 Invalid Voters only rejected". They were marked with rejection reason No. 1, which stands for "not registered". However, they all had registration numbers on them. When confronted, the deputy supervisor of election said on 1/28 (Exhibit L):

> "I can't tell you why "not registered" was listed on a record that had a registration number and I can't recreate what that particular clerk did. I'm just trying to go over what some did and make it right if I can."
> Ivy Korman, Deputy Supervisor of Elections

28. Although my public records request had been for ALL rejected petitions, the CD file I received only contained 19,278 rejects out of 43,076. Deputy Supervisor of Elections said, on 1/14/08 (Exhibit M):

> "A list is available from Elections Public Services of all those whose signatures were accepted. The separate rejected list would include those registered voters who signed the petition twice or whose signature did not match our files sufficiently, and names that were not identified." Ivy Korman

29. Elections Public Services department said on 1/15/08 (Exhibit N):

> "Following your conversation, Marcie has prepared the order form for

your request for "Invalid Voters Only – Rejects only for the Comprehensive Land Use Petition" (FHD-my insertion).    Vanessa Innocent, Elections.

As you can see on Exhibit O they indicate on the form that there are 43,076 petitions rejected, but only 19,278 names were recorded on the CD.

30. Vanessa Innocent of Elections Public Services also wrote on 1/16/2008 (Exhibit P)"

"In response to your other question, please note that we have 64,731 valid petitions."  Vanessa Innocent

31. The main Elections Department (Korman) wrote on 1/28/2008 (Exhibit J):

"As of this moment, here is the validation information you requested in Questions # 1 and 2:  Total valid  65,497"

Ivy Korman, Elections.

So, even though there were 10,000 petitions left to be counted on 1/17, only 766 were added to our valid total by 1/28/08. There was a pile of about 3,000 in the queue waiting to be validated that Patrick Morris assured me would be validated in time, because of the box's location in a line-up against the wall in his office.

32. My latest dealings with Miami-Dade Election are not getting any better. I picked up a new disc from elections dated 4/30/2008 of valid voters only, and accompanying orange sheets (Exhibit R). There was a count of 74,284 total valid petitions on it.  It cost me $73.68 to obtain this information..  On Exhibit R, they have a reject designation code #24 "Circulator Problem." When I picked up the disc Vanessa Innocent said she would email me what that reject code meant, as she wasn't sure. I emailed her to remind her (Exhibit S).  I have not yet heard from her.

33. I searched on the latest Disc for names of people I knew who had signed and sent in petitions, to make sure they were on the valid list.  I checked each

name twice. In my small sample search, I did not find these people on the valid list nor on the rejected list: Alan Farago, Patricia Wade, John Wade, Elvis Cruz, Pam Gray, Tim (Timothy) Gray, Mike Hatcher, to name a few.

Patricia Wade asked Ivy Korman what happened to her petition and received an email from her saying:

> "I will be speaking to systems to find out. Our system is being switched over to another company so if might have to wait until May 12 but I WILL be researching this."

Wade/Korman email exchange (Exhibit T).


34. I have started to check on the 11,000 voters on the rejected petitions list-- whom elections said have signed twice (their reject code for Duplication is #11) -- against the new disc I picked up. I have already found one voter, whom, although he was represented (on the rejection disc) to have already signed he was not to be found on the valid signatures disc: 109222603  AGUILA, RUFINO, JR.

35. I have one outstanding public records request from February 21, 2008 (Exhibit U) which said:

What I am looking for are the names of the voters that you found unregistered. None are on the (rejection) disc without race or without registration numbers. I did a public records request of elections for all rejected petitions as of that date and paid for all. However, Although the public records request was for ALL rejected petitions (at that time 43,076) the CD only contained 19,278 names.

Vanessa Innocent replied in two emails, one dated February 28th (Exhibit V) and the second dated March 7th (Exhibit W) that she was working on it.

36. I support the FHD petition because I think that developers and elected officials have betrayed our growth management practices.

All of the foregoing is facts personally known to me.

Signature of Affiant: _____

Subscribed and sworn to before me on May __6__, 2008 by _____, who is personally known to me, or has presented _____ as identification.

Signature of Notary: _____

Betty J. Grier

Printed name of notary





I Nancy Lee took this photo
in the lobby of the elections
dept. in Doral on January 18th '08

Exhibit A



Exhibit B



Exhibit C

**Subject: <no subject>**
**Date:** Tuesday, May 6, 2008 8:25 AM
**From:** Nancy Lee <nancy88@bellsouth.net>

**From:** "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>
**Date:** Mon, 28 Jan 2008 16:10:08 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** questions
**Subject:** RE: questions

Question # 3 response:
I am presently going over as many petitions as I can and reversing them as necessary. Please note, as I am the most experienced in the office, I sometimes can find some people that my staff can't by taking the time to find the voter using various methods. However, we don't always have this luxury.

Staff is instructed to locate the voter using the registration number on the form but most voters simply do not supply it. If the number was not provided, the next try is by first and last name, which is sometimes misspelled, illegible, and/or different than our records.

When we have time, a final search using the first name and date of birth (which is often wrong) is a courtesy since if we didn't find them by name we don't have to go further as the State requires the voter write their name "as it appears on the voting record".

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:   305-499-8371
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit D

**Subject: FW: I would like to come down there tomorrow**
**Date:** Tuesday, May 6, 2008 8:33 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** I would like to come down there tomorrow


------ Forwarded Message
**From:** "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>
**Date:** Thu, 17 Jan 2008 15:48:59 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>, "Sola, Lester (Elections)"
<SOLAL@miamidade.gov>
**Cc:** "Morris, Patrick (Elections)" <PMORRIS@miamidade.gov>, "Smith, Tara C. (Elections)"
<TASMITH@miamidade.gov>, "White, Christina (Elections)" <bacogc@miamidade.gov>
**Conversation:** I would like to come down there tomorrow
**Subject:** RE: I would like to come down there tomorrow

You are welcome to come at any time. See Patrick when you arrive.

We have not yet begun the following petitions:
approximately 100,000 Growth Management
less than 10,000 of Comprehensive Land Use
23,500 Property Tax Cap

Presently validated 31,680 Florida Growth Management

Approximately 500 Revocations received which I am working on as we speak.

Mixed queue

We will get to all the petitions within thirty days but some were delivered after January 1, 2008 and will not make the February 1
certification deadline.

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:   305-499-8371
www.miamidade.gov <http://www.miamidade.gov>
"Delivering Excellence Every Day"

Exhibit E

**Subject: FW: Counting of petitions generally and Florida Hometown Democracy petitions specifically**
**Date:** Tuesday, May 6, 2008 8:37 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** Counting of petitions generally and Florida Hometown Democracy petitions specifically

**From:** Nancy Lee [mailto:nancy88@bellsouth.net]
**Sent:** Tuesday, January 22, 2008 10:27 AM
**To:** Morris, Patrick (Elections)
**Cc:** Campaign Manager; Korman, Ivy (Elections); Smith, Tara C. (Elections); White, Christina (Elections); Sola, Lester (Elections); john hedrick
**Subject:** Re: Counting of petitions generally and Florida Hometown Democracy petitions specifically

MR MORRIS:

CAN YOU POP THAT CD IN THE MAIL TO ME TODAY?  THE ONE I PAID FOR. I FORGOT TO TAKE IT WITH ME.
NANCY LEE
20448 NE 34TH COURT
AVENTURA 33180

THANK YOU VERY MUCH MR. MORRIS FOR ALL YOUR HELP ON FRIDAY.  I DO APPRECIATE IT VERY MUCH. I CAN
SEE THAT EMPLOYEES ARE DEDICATED AND TRYING VERY HARD TO COUNT ALL 4 PETITIONS. I WOULD LIKE TO
COME IN ON FRIDAY IF POSSIBLE AND LOOK AT THE "STANLEY REJECTION FOLDERS (NOT REGISTERED)"
AGAIN...THE FOLDERS YOU HAVE SEPARATE IN YOUR OFFICE.  I THINK AT LEAST 100 TO 150 COULD BE PICKED
UP THERE AS STANLEY SEEMS TO HAVE MADE A LOT OF ERRORS.  I KNOW IT IS A DROP IN THE BUCKET...BUT I
CAN'T GO OUT ON THE STREET AND PICKUP 100 PETITIONS IN ONE DAY.  NOW THAT I KNOW YOUR SYSTEM I
THINK I CAN GET THROUGH THESE FAST.  IT TOOK ME AN HOUR OR TWO TO LEARN IT'S QUIRKS NAVIGATION.
SOMETIMES I ENTERED A NAME AND IT DIDN'T COME UP BUT THEN IT WITH AN ADDRESS.

ONE QUESTION, YOU HAVE THE DROP DOWN MENU FOR PETITIONS.  EVEN YOUR STAFF SEEMED CONFUSED AS TO
WHICH WAS WHICH  -- I WAS GIVEN THE WRONG ONE AT FIRST --- AND FRANKLY, I ALSO AM CONFUSED --
BECAUSE SOME OF BOTH ARE GREEN AND THE NAMES/INTENT ARE PRETTY SIMILAR.  HOW DO YOU PREVENT A
STAFFER FROM PULLING DOWN THE WRONG PETITION IN THE DROPDOWN MENU AND REGISTERING VOTERS TO THE
WRONG ONE ALL DAY?  IS THERE A MECHINISM FOR PREVENTING THIS?

FROM WHAT I LOOKED AT IT SEEMS WE ARE BEING REJECTED MOSTLY FOR NOT HAVING REGISTERED VOTERS.  IS
THAT CORRECT?  HOW IS THE "OTHER" PETITION DOING ON THAT FRONT...WE ARE DOING 60/40% REJECTED)
APPROXIMATELY ACCORDING TO ELECTIONS.

I SPOKE TO A PROFESSIONAL PETITION GATHERER.  SHE SAID TO CUT DOWN ON ERRORS, THAT SHE HAS HER
STAFF FILLING OUT THE FORMS FOR THE PEOPLE TO PREVENT THE INVERT OF BIRTH DATE THAT INCURS WITH
SOME HISPANIC VOTERS AND TO MAKE SURE IT IS LEGIBLE AND THEN THE VOTER SIGNS IT. SHE ALSO SAID
GATHERERS GO HOUSE TO HOUSE TO REGISTERED VOTERS.  I DO NOT IN ANY WAY WANT TO CRITICIZE YOUR
STAFF, BUT COULD YOU TELL THEM WHEN THEY SEE THE SAME HAND WRITING OVER AND OVER AND OVER, IT IS
ONLY THE SIGNATURE THAT IS PERTINENT.  I ERROREOUSLY THOUGHT THAT THERE WAS MONKEY BUSINESS WHEN I
WAS SEEING THE SAME HANDWRITING OVER AND OVER THAT SOME GATHERS WERE FAKING IT SO I PASSED THEM
OVER THE "NOT REGISTERED" WHEN SPOT CHECKING.  NOW I UNDERSTAND WHAT IS GOING ON. I ALSO FOUND
ENTERING ADDRESSES ON THOSE REJECTED WAS THE MOST ACCURATE WAY TO FIND THE PERSON.

THIS IS A VERY TOUGH JOB AND PLEASE TAKE WHAT I AM SAYING NOT A CRITICISM.  I THINK THE COUNTY
ELECTIONS DEPT. IS A SUPER DEPARTMENT — AND I THINK YOU DO A GREAT JOB THERE.

THANK YOU AGAIN NANCY LEE

Exhibit F

**Subject: FW: Counting of petitions generally and Florida Hometown Democracy petitions specifically**
**Date:** Tuesday, May 6, 2008 8:45 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** Counting of petitions generally and Florida Hometown Democracy petitions specifically


**To:** Nancy Lee <nancy88@bellsouth.net>
**Cc:** Campaign Manager <flhometown@yahoo.com>, "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>, "Smith, Tara C. (Elections)" <TASMITH@miamidade.gov>, "White, Christina (Elections)" <bacogc@miamidade.gov>, "Sola, Lester (Elections)" <SOLAL@miamidade.gov>, john hedrick <johnhedrick13@yahoo.com>
**Conversation:** Counting of petitions generally and Florida Hometown Democracy petitions specifically
**Subject:** RE: Counting of petitions generally and Florida Hometown Democracy petitions specifically

Thank you for your positive remarks. I will reserve the computer for your use and will be here to answer any questions you may have. I look forward to seeing you.


Patrick J. Morris
Miami-Dade Elections

Exhibit 6

**Subject: Message to you Mr. Sola**
**Date:** Saturday, January 26, 2008 8:00 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**To:** "Sola, Lester (Elections)" <SOLAL@miamidade.gov>
**Conversation:** Message to you Mr. Sola

```
------ Forwarded Message
From: "Morris, Patrick (Elections)" <PMORRIS@miamidade.gov>
Date: Tue, 22 Jan 2008 14:30:31 -0500
To: Nancy Lee <nancy88@bellsouth.net>
Cc: Campaign Manager <flhometown@yahoo.com>, "Korman, Ivy (Elections)"
<IKORELE@miamidade.gov>, "Smith, Tara C. (Elections)" <TASMITH@miamidade.gov>, "White,
Christina (Elections)" <bacogc@miamidade.gov>, "Sola, Lester (Elections)"
<SOLAL@miamidade.gov>, john hedrick <johnhedrick13@yahoo.com>
Conversation: Counting of petitions generally and Florida Hometown Democracy petitions
specifically
Subject: RE: Counting of petitions generally and Florida Hometown Democracy petitions
specifically
```

Thank you for your positive remarks. I will reserve the computer for your use and will be here to answer any questions you may have. I look forward to seeing you.

------------------------

Dear Lester Sola: You know I have the utmost respect for you and always have. You have always taken the time to address the public concerns and you have endeavored to help me at all times.

Unfortunately, I have been the point person representing the petition drive, what you are calling Comprehensive Land Ammendment, (Hometown Democracy) signed by more than 700,000 statewide. This grass-roots campaign is winding down, nearing the February date.

**Imagine my shock yesterday when I was told I was being disruptive and I was going to be removed from elections.**

I got to elections about 10:30 or 10:45. I asked to have someone come answer my questions, I said I would be on the computer (In that ante room). I went in armed with 6 or 7 pages from the 11 megabyte disc (titled Invalid Voters-Only rejected) I paid $63 dollars for (which I picked up a few days ago). I had printed up these page with "1" on it: Your rejection code: "1" means not registered. According to your layout page, provided to me, petition status comes after registration date. You can see there is a "1". There had to be at least 1,000 of these. I did not count them. I started inputting the information and almost all of them had registration numbers (see attached sheet). I circled the ones that did. I thought: If they weren't registered, how did you get their party and their ethnic background and the voter ID for this data base? I decided to stop doing a search of the papers I brought till I got the question answered. I asked again at the service desk to speak with Patrick.

I found a box and found a "Stanley" folder and started searching his Not registered. Out of about 30 I looked at 23 were registered. I also checked the signatures. It took a lot of time as the data base was painfully slow (at least a minute) when you put in addresses. Also, if the name didn't work and I put in the address sometimes they wouldn't come up. Then I would press F9 to clear it and then re-enter the address and it would come up. I would also get "insufficient voter search" a lot. When I did F9 that would stop. Sometimes I put in address and it would say no such address. Then I put in name and it would come up. There are glitches with this search which I am sure you are aware of.

Anyway, I kept getting cell phone calls from people from the campaign asking me for the answers to our questions. I kept going out to the window asking to see Patrick Morris. As the day progressed the phone calls got more urgent. The girl in the room with me left for lunch at 2 (I had to leave by 3). I started asking again. I had been there 3 1/2 hours. Finally a woman talking to a customer in the room with me, who I asked if I could see Patrick said: "There he is going up the stairs." I said "Patrick" and to tell you the truth he was very annoyed and said he was busy with early voting. About 2:30 he brought me in his office. The first thing he said was you have been very disruptive and if you continue we are going to have you removed. I almost started crying it made me so upset. I said who said that? I was sitting at a computer for 4 hours intermittently asking various people that came out of the locked room, to speak to Patrick (see his email above.) I also made an appointment a few days in advance...I didn't just walk in. He could not produce a name. He said you have 10 minutes. I really was intimidated.

Then he said you have 10 minutes again. I really couldn't focus after that. Did I get any answers no. I need answers in writing from now on.

Because of the late hour, he promised me a spread sheet. I didn't get it before I left. He couldn't understand the attached sheet either.

*Exhibit H*

1. I asked him how many petitions were validated as of yesterday. He said he didn't have that information I had to go to the state website. It is not there, and since you are sending it to the state you should have it. 2. I asked for how many we had in each congressional district, he said he didn't have that information to go to the state website. It is not there. You should have that information. I don't remember the rest of my questions. He did answer how many petitions were in house: Count the boxes. Which I did, then he started giving me numbers. I felt like our conversation went in circles.

I left at 3:30. Yes, I know you have early voting, yes, I know you have 3 petitions. I am essentially representing 700,000 people facing a February 1st deadline and I think I was treated shabby and I know that you would never do that to anyone.

Anyway, I am going back there on Thursday (the only day he would allow it). I picked up about 35 petitions from my searches that were mistakes by an elections employee named Stanley. There are hundreds more of his but I can't seem to work any faster because of the computer problems and having to input from different directions to find the data. By the way, I asked the first time, since I was finding so many Stanley problems that they be recounted. Patrick said no, they were a drop in the bucket. I can see why many of these Stanley petitions weren't found, the handwriting is crappy. I had to try a few different spellings on the names. I saw that Marco Rubio's petitions are very neat. I guess grass roots people are not as adept at gathering petitions. I personally let people fill them out as I thought it illegal to write anything on a petition form.

**Here is what I need from you Mr. Sola:**

I would like to come in at least 2 days next week not one. I would like the answers to the two questions above ASAP. I left some pulled files with Patrick. For instance, I found someone that knowingly filled out two petition forms and signed them both (which I believe is very illegal). Since you have many duplicates (where we lost the biggest percentage of our 42,000 rejects) I think it might be important to pursue this. The decision as to whether or not we want to pay $80 for the copies has not been made because we don't know if we are going to follow up with legal proceedings against the petition gatherers until after the February first deadline. I don't have anymore questions to ask patrick, I just want seach that one box and the stanley files I pulled to pick up maybe 50 to 100. I want to be able to hand the petitions I find Registration Numbers for to someone who is polite. It might be a drop in the bucket but It is all I can do to help...and doing nothing seems a sad way to conduct my life.

I am caught between a rock and a hard place. I need to go to elections often and I do not want to make an enemy of this Patrick guy since he appears to be the gatekeeper, but I need someone who can relay information and not be so intimidating. I certainly don't need threats of being removed.

Nancy Lee



10973Q34

109730304 01970417 SCHAPER, ANTHONY EDUARDO          15003     SW 148TH
CT          33196
MI      757 0 DEM M W 08-03-1979 06-30-1997 1

109757514 01998960 ORTA, RAMIRO          2040     SE 19TH          ST
33035                                                        HO · 919
0 DEM M H 10-30-1978 02-05-1998 1

1097818864  109781884 02024085 SAINT-JEAN, RIVIERE          5857     NE 3RD          AVE
33137                                                        MI     515
0 DEM M B 02-03-1921 08-12-1998 1

109838282 02081557 ECHAVARRIA, FELIX LEONIDAS          1225     SW 107TH
AVE    #223      33174
MI      417 0 DEM M H 07-28-1927 10-04-1999 1

@109877864  109877864 02121863 COLLIER, KENNETH JR          13721     SW 270TH          ST
#C          33032
HO      903 0 REP M B 11-28-1981 05-05-2000 1

109887452  109887452 02131567 BROWN, TIFFIENY MONIQUE          6935     NW 6TH          AVE
33150                                                        MI     507
0 REP F B 09-27-1981 07-03-2000 1

109891014  109891014 02135177 JOHNEKINS, NECOLE DEVONN          21200     NW 14TH          PL
#307      33169
MG      206 0 DEM F B 03-18-1982 07-03-2000 1

109900092 02144319 CARTER BUTLER, ERICA SABRINA          3800     NW 183RD   1099000092
ST          33055
MG      227 0 DEM F B 09-01-1973 08-08-2000 1

109914448 02158879 ELLIS, ETHEL F          18867     SW 85TH          CT   #B5-20
33157                                                        CB     822
0 DEM F W 04-18-1908 09-09-2000 1

1099188868  109918868 02163343 GARCIA, JAVIER FERNANDO          10181     NW 51ST          LN
33178                                                        DO     450
0 REP M H 08-24-1978 09-19-2000 1

109923025 02167538 NEALY, WILLIE EARL          494     NW 6TH          ST   #1
33136                                                        MI     531
0 DEM M B 08-26-1960 09-25-2000 1

109923025  109924738 02169268 SIMPSON, ELVIS T          1205     NW 103RD          LN   #102   109924738
33147                                                        MI     243
0 DEM M B 05-13-1958 09-25-2000 1

109931719 02176301 GONZALEZ, AURELIA B          3615     SW 17TH          ST   109931719
33145                                                        MI     576
0 REP F H 12-02-1922 10-02-2000 1     last voted 2005

109948828  109948828 02193553 REBOZO, RONALD          6431     SW 157TH          CT
33193                                                        MI     764
0 REP M H 12-01-1970 10-12-2000 1

Breun no matches found Name but in address

Exhibit I

**Subject: FW: questions**
**Date:** Tuesday, May 6, 2008 9:16 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** questions

**From:** "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>
**Date:** Mon, 28 Jan 2008 12:53:31 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** questions
**Subject:** RE: questions

As of this moment, here is the validation information you requested in Questions # 1 and 2:

| | |
|---|---|
| Total valid | 65497 |
| | |
| Cong 17 | 35502 |
| Cong 18 | 9665 |
| Cong 20 | 2104 |
| Cong 21 | 9235 |
| Cong 25 | 8983 |

Question # 3:
I am getting that information and will get back to you ASAP.

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:   305-499-8371
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit J

Page 1 of 1

**Subject: FW: Korman 3**
**Date:** Tuesday, May 6, 2008 9:31 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** Korman 3

**From:** "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>
**Date:** Mon, 28 Jan 2008 16:47:34 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** questions
**Subject:** RE: questions

NONE were rejected if the address did not match. I can't tell you why "not registered" was listed on a record that had a registration number and I can't recreate what that particular clerk did. I'm just trying to go over what some did and make it right if I can. Also, a 43% rejection rate is NOT unusual especially when circulators are scrambling.

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:   305-499-8371
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit L

Tue, May 6, 2008 9:38 AM

**Subject: FW: A question for my Supervisor...**
**Date:** Tuesday, May 6, 2008 9:38 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** A question for my Supervisor...


------ Forwarded Message
From: "Korman, Ivy (Elections)" <IKORELE@miamidade.gov>
Date: Mon, 14 Jan 2008 07:02:58 -0500
To: <nancy88@bellsouth.net>
Cc: "Morris, Patrick (Elections)" <PMORRIS@miamidade.gov>, "Sola, Lester (Elections)"
<SOLAL@miamidade.gov>
Conversation: A question for my Supervisor...
Subject: RE: A question for my Supervisor...

A list is available from Public Services of all those whose signatures were accepted. The
separate rejected list would include those registered voters who signed the petition twice or
whose signature did not match our files sufficiently, and names that were not identified.

Please call Public Services at 305 499 8440 to let them know what you need. They will then let
you know what it costs.

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:    305-499-8371
www.miamidade.gov
"Delivering Excellence Every Day"

Exhibit M

Page 1 of 1

**Subject: FW: elections Supervisor...miami dade**
**Date:** Tuesday, May 6, 2008 9:41 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** elections Supervisor...miami dade

------ Forwarded Message
**From:** "Innocent, Vanessa (Elections)" <INNOCEN@miamidade.gov>
**Date:** Tue, 15 Jan 2008 19:18:41 -0500
**To:** <nancy88@bellsouth.net>
**Cc:** "Florvil, Marcia J. (Elections)" <MARCIAF@miamidade.gov>, "Lazo, Mercy (Elections)"
<MERCYL@miamidade.gov>
**Conversation:** elections Supervisor...miami dade
**Subject:** FW: elections Supervisor...miami dade

Ms. Lee,

Following your conversation, Marcie has prepared the order form for your request for "**Invalid Voters Only – Rejects
only for the Comprehensive Land Use Petition**" (a.k.a. Florida Hometown Democracy). The total for this order is
**$63.76** *(0.32c per 1,000 voters + $50.00 Service Fee)*. The check should be made to **Board of County
Commissioners**. Our procedure is to collect the check **prior** to starting the job. Once we receive the check please
allow 3 to 5 business days for the CD to be completed.

Please review the order form and add your telephone # and sign the part entitled "*Order placed by*". If you are in
agreement with the order, please sign it. You may bring or mail the signed order form to the Elections Department
located at 2700 NW 87th Avenue, Miami, FL 33172 along with the check. Once we are in
possession of the signed form with the check, we will start processing the order.

Should you need any additional information, please feel free to contact our office.

Sincerely,


**Vanessa Innocent**
**Elections Department**
(305) 499-8342
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit N

**PETITION ORDER FORM**
ONE ORDER PER FORM

Date _1_ / _15_ / _08_      Order _1_ of _1_      Receipt # _____

Phone ___ Person ___ Mail _✓_ Order Taken By _Moncie Floud_

Name _NANcy Lee_      Contact Person _____

Phone _____      Phone _____

NAME of PETITION _Florida Hometown Democracy_ PETITION # _30-118_

EXTRACT ONLY:                                        OUTPUT DELIVERY:

☐ VALID VOTERS ONLY
☒ INVALID VOTERS ONLY - _Rejects ONLY_              ☒ CD ROM
☐ EVERYONE WHO SIGNED VALID AND INVALID             ☐ LIST
                                                     ☐ LABELS

SPECIAL REQUEST:                                     FORMAT:

(.15 cents per PAGE)
☐ PETITION Stats Only                               ☐ ALPHA, CERTNUM
☐ COPIES of Actual Petition signed                  ☐ CERTNUM, ALPHA
                                                     ☐ PRECINCT, ALPHA

_43,076_

ACKNOWLEDGEMENT:

X  ORDER PLACED BY _____      DATE _____

   ORDER PICKED UP BY _____      DATE _____

_Exhibit O_

**Subject: FW: QUESTION**
**Date:** Tuesday, May 6, 2008 9:44 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** QUESTION

**From:** "Innocent, Vanessa (Elections)" <INNOCEN@miamidade.gov>
**Date:** Wed, 16 Jan 2008 12:23:46 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>
**Cc:** "Florvil, Marcia J. (Elections)" <MARCIAF@miamidade.gov>, "Lazo, Mercy (Elections)" <MERCYL@miamidade.gov>
**Conversation:** QUESTION
**Subject:** RE: QUESTION

Nancy,

In response to your other question, please note that we have 64,731 valid petitions.

Thank you.

**Vanessa Innocent**
**Elections Department**
(305) 499-8342
www.miamidade.gov <http://www.miamidade.gov/>
*"Delivering Excellence Every Day"*

Exhibit P

*came with 2nd disc*

## Miami Dade County – Elections Department

## CD-ROM Petition File Layout

| Field | Length | Position |
|---|---|---|
| Fvrsidnum | 10 | 1-10 |
| certnum | 8 | 12-19 |
| name | 40 | 21-60 |
| addr_num | 6 | 62-67 |
| addr_frac | 4 | 69-72 |
| addr_dir | 2 | 74-75 |
| addr_str | 25 | 77-101 |
| addr_type | 4 | 103-106 |
| addr_pdir | 2 | 108-109 |
| addr_other | 20 | 111-130 |
| addr_zip | 5 | 132-136 |
| Mail_addr1 | 40 | 138-177 |
| Mail_addr2 | 40 | 179-218 |
| Mail_addr3 | 40 | 220-259 |
| Mail_zip | 5 | 261-265 |
| citycode | 4 | 267-270 |
| precinct | 6 | 267-272 |
| grp | 1 | 274-275 |
| party | 3 | 277-279 |
| sex | 1 | 281-281 |
| Race | 2 | 283-284 |
| birthdate | Date(10) | 286-295 |
| regdate | Date(10) | 297-306 |
| **PetStatus** | **2** | **308-309** |

Notes :

FIELDS ARE SEPARATED BY ONE SPACE
MUNCODE IS ONLY INCLUDED ON THE COUNTY WIDE REGISTRATION CD
MUNCODE IS PRECEDED BY CY



Exhibit "R"

T:\BlueBook\regfile.doc

2/29/2008 9:53 AM

Miami Dade County – Elections Department

## CD-ROM Petition File Layout

```
CODE  CITY NAME
----  ---------------------
AV    AVENTURA
BH    BAL HARBOUR
BI    BAY HARBOR ISLE
BP    BISCAYNE PARK
CG    CORAL GABLES
EL    EL PORTAL
FC    FLORIDA CITY
GB    GOLDEN BEACH
HI    HIALEAH
HG    HIALEAH GARDENS
HO    HOMESTEAD
IC    INDIAN CREEK VILLAGE
IS    ISLANDIA
KB    KEY BISCAYNE
ME    MEDLEY
MI    MIAMI
MB    MIAMI BEACH
ML    MIAMI LAKES
SH    MIAMI SHORES
SP    MIAMI SPRINGS
NV    N BAY VILLAGE
NB    N MIAMI BEACH
NM    NORTH MIAMI
OP    OPA LOCKA
PC    PINECREST
SM    SOUTH MIAMI
SI    SUNNY ISLES
SS    SURFSIDE
SW    SWEETWATER
UN    UNINCORPORATED
VG    VIRGINIA GARDENS
WM    WEST MIAMI
```

Miami Dade County – Elections Department

## CD-ROM Petition File Layout

### RACE CODES

IA  -  American Indian of Alaskan Native
AP  -  Asian or Pacific Islander
B   -  Black, not of Hispanic origin
H   -  Hispanic
W   -  White, not of Hispanic origin
O   -  Other
U   -  Uknown

### VALID SEX CODES

F  -  Females
M  -  Males

### VALID REGISTRATION STATUS CODES

| A | Active Voter | I | Inactive Voter--Can Be Reinstated |
|---|---|---|---|
| F | Cancelled--Address Final Confirmation Notice | 0 | Canceled Administrative |
| 1 | Cancelled--Registered to Vote Elsewhere | 2 | Cancelled--Moved Out of Dade County |
| 3 | Cancelled--Deceased | 4 | Cancelled--Felony |
| 5 | Cancelled--Jury | 6 | Cancelled--Incompetent |
| 7 | Cancelled--Voter Request | | |

| Rejection Reason Code: | |
|---|---|
| 0 | Good Signature |
| 1 | Not Registered |
| 2 | Illegible |
| 3 | Invalid District |
| 4 | Purged |
| 5 | Unidentified |
| 6 | Invalid Signature |
| 7 | Invalid Address |
| 8 | Invalid Party |

2/29/2008 9:53 AM

T:\BlueBook\regfile.doc

Miami Dade County - Elections Department

## CD-ROM Petition File Layout

REJECTION CODE

| | |
|---|---|
| 9 | No Signature |
| 10 | Dead |
| 11 | Already Signed |
| 12 | Not in County |
| 13 | Signature not on File |
| 14 | Invalid Date |
| 15 | Not Active |
| 16 | Address Differ |
| 17 | Reg/COA After Regis |
| 18 | Delay Registration |
| 20 | Notary Problem |
| 21 | No Date |
| 22 | No Addr or Precinct |
| 23 | No DOB |
| 24 | Circulator Problem |

NOT ON other

# MINOR POLITICAL PARTIES

## (Revised 05/05/05)

| NAME OF PARTY | ABBREV |
|---|---|
| 1st United + Independent Party of God | UIG |
| America First Party of Florida | AFP |
| American Patriot Party | PAT |
| American Reform Party of Florida | ARP |
| British Reformed Sectarian Party | BRS |
| Christian Party | CHR |
| Citizen Party of Florida | CIT |
| Constitution Party of Florida | CPF |
| Democratic Party | DEM |
| Faith & Patience Inc. N.P.G.G. | FAP |
| Family Values Party | FVP |
| Florida Socialist Workers Party | SWP |
| Green Party of Florida, Inc. | GRE |
| Independence Party of Florida | IDP |
| Independent Democrats of Florida | IDF |
| Independent Party of Florida | INT |
| Libertarian Party of Florida | LIB |
| No | UNK |
| No Party Affiliation | NPA |
| No Political Affiliation Party of Florida | NPL |
| Other Minor Parties | NRS |
| Progressive Libertarian Party | PRL |

T:\BlueBook\regfile.doc

2/29/2008 9:53 AM

Miami-Dade County – Elections Department

## CD-ROM Petition File Layout

| | |
|---|---|
| *Prohibition Party* | PPF |
| *Reform Party* | REF |
| *Republican Party* | REP |
| *Socialist Party of Florida* | SPF |
| *Southern Party of Florida* | SOP |
| *Surfers Party of America* | SPA |
| *Veterans Party of America* | VET |

**Subject: No. 24 Circulator problems**
**Date:** Saturday, May 3, 2008 12:51 PM
**From:** Nancy Lee <nancy88@bellsouth.net>
**To:** <INNOCEN@miamidade.gov>
**Conversation:** No. 24 Circulator problems

Per our discussion at Elections on Friday, you were going to email exactly what that means.
We had these voters rejected:

These people were rejected for **circulator problem**

MG      204 0 DEM F B  09-11-1953 03-10-1983 **24**

109439310  01637485 PINEDA, JAVIER ANTONIO            11455    W FLAGLER
ST    #214          33174
MI      455 0 REP M H  12-11-1969 10-05-1992 **24**

109486231  01698661 JOHNSON, LASHUMBIA SHAJWAN        2286     NW 61ST
ST    #2           33142
MI      261 0 DEM F B  04-24-1976 06-07-1994 24

109726559  01966468 FOOT, ERIK ALFREDO                3175     NW 94TH
ST              33147
MI      248 0 DEM M H  08-19-1979 05-17-1997 24

109895994  02140193 ROLLING, TOSHIBA D                1600     NW 44TH
ST              33142
MI      520 0 REP F B  02-19-1977 07-27-2000 24

110260744  02509717 HARRIS, TORIANO A                 2233     NW 51ST
ST              33142
MI      262 0 DEM M B  05-01-1974 09-14-2004 24

114696736  02695749 HORNE, LEE-ELLA P                 902      NW 50TH
ST              33127
MI      521 0 DEM F B  08-05-1988 12-28-2007 24

Exhibit "S"

Tue, May 6, 2008  11:04 AM

**Subject: FW: petitions**
**Date:** Tuesday, May 6, 2008 11:04 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** petitions


------ Forwarded Message
**From:** Pat Wade <pkozwade1@comcast.net>
**Reply-To:** <pkozwade1@comcast.net>
**Date:** Mon, 5 May 2008 09:07:12 -0400
**To:** "'Korman, Ivy (Elections)'" <IKORELE@miamidade.gov>
**Subject:** RE: petitions

Thank you. This is so discouraging because I sent in many petitions I collected and I don't know what was counted. Could our names possibly have been attributed to the competing petition that was circulating at the same time and designed to confuse? Or possibly to one of the other petition drives?  Pat Wade

---

**From:** Korman, Ivy (Elections) [mailto:IKORELE@miamidade.gov]
**Sent:** Monday, May 05, 2008 8:43 AM
**To:** pkozwade1@comcast.net
**Subject:** RE: petitions

I will be speaking to systems to find out. Our system is being switched over to another company so if might have to wait until May 12 but I WILL be researching this.

Ivy Korman
Deputy Supervisor of Elections
Voter Services
Miami-Dade County Elections Department
Phone: 305-499-8321
Fax:   305-499-8371
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

---

**From:** Pat Wade [mailto:pkozwade1@comcast.net]
**Sent:** Sunday, May 04, 2008 12:38 PM
**To:** Korman, Ivy (Elections)
**Subject:** petitions

Ivy, I just found out that my petition, John's petition and my son's, Darrell Curry, petition for  Florida Hometown Democracy do not appear on the approved list.
We all sent in the revised petitions. Can you tell me why these were not approved? We are all frequent voters so I am clueless.
Patricia H. Wade 20925 SW 187 Ave 33187
John Stanley Wade Jr
Darrell Wayne Curry 21140 SW 179 Ave 33187

Exhibit "T"

**Subject:** FW: Innocent 5
**Date:** Tuesday, May 6, 2008 10:15 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** Innocent 5

**From:** Nancy Lee <nancy88@bellsouth.net>
**Date:** Sat, 03 May 2008 12:46:15 -0400
**To:** john hedrick <johnhedrick13@yahoo.com>
**Conversation:** Innocent 5
**Subject:** FW: Innocent 5

**From:** Nancy Lee [mailto:nancy88@bellsouth.net] <mailto:nancy88@bellsouth.net%5d> <mailto:nancy88@bellsouth.net%5d>
**Sent:** Thursday, February 21, 2008 1:55 PM
**To:** Innocent, Vanessa (Elections)
**Cc:** john hedrick; Korman, Ivy (Elections)
**Subject:** The original request Public Records Request

Ms. Innocent:  Ivy Korman said I should contact you directly.

Actually, I just did the math.  I was charged for 43,076 voters at .32 per 1000 = $13.78 added to $50 service fee. Which is $63.78. That is what I paid your office.  See order form above.

But I only got 19,278 names on the disc provided me by your department.  I can send you the list provided to me.  It is about 3 or 4 megabytes.  It said on the outside of the disc that number and when the disc opens that 19,278 also appears.

------------------------------------------------------------

I did a public records request of elections for **all** rejected petitions as of that date and paid for **all**.  However, Although the public records request was for ALL rejected petitions (at that time 43,076) the CD only contained 19,278 names.

How do I get the missing names?
Nancy Lee

PS You can email me big files.  I already paid for the over 23,000 I am missing.  Please email the missing names and send a copy to John — his email is above -  thank you Nancy Lee.

Thank You,

Nancy Lee

Exhibit "U"

Tue, May 6, 2008  10:10 AM

**Subject: <no subject>**
**Date:** Tuesday, May 6, 2008 10:09 AM
**From:** Nancy Lee <nancy88@bellsouth.net>


------ Forwarded Message
**From:** "Innocent, Vanessa (Elections)" <INNOCEN@miamidade.gov>
**Date:** Thu, 28 Feb 2008 08:58:18 -0500
**To:** Nancy Lee <nancy88@bellsouth.net>
**Cc:** "Florvil, Marcia J. (Elections)" <MARCIAF@miamidade.gov>, "Giles, Michelle (Elections)"
<MGILES@miamidade.gov>
**Conversation:** The original request Public Records Request
**Subject:** RE: The original request Public Records Request

Ms. Lee:

We are in receipt of your email and are currently working with our Systems Division to answer your question about the
"unregistered voters". As soon as we have the answer we will notify you.

Thank you.


**Vanessa Innocent**
**Elections Department**
(305) 499-8342
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit "V"

**Subject:** FW: Innocent 5
**Date:** Tuesday, May 6, 2008 10:11 AM
**From:** Nancy Lee <nancy88@bellsouth.net>
**Conversation:** Innocent 5

```
------ Forwarded Message
From: "Innocent, Vanessa (Elections)" <INNOCEN@miamidade.gov>
Date: Fri, 7 Mar 2008 12:26:19 -0500
To: Nancy Lee <nancy88@bellsouth.net>
Cc: "Florvil, Marcia J. (Elections)" <MARCIAF@miamidade.gov>, "Giles, Michelle (Elections)"
<MGILES@miamidade.gov>
Conversation: The original request Public Records Request
Subject: RE: The original request Public Records Request
```

Ms. Lee,

Yes indeed, we are working on this matter and will keep you informed.

Thank you.

**Vanessa Innocent**
**Elections Department**
(305) 499-8342
www.miamidade.gov <http://www.miamidade.gov>
*"Delivering Excellence Every Day"*

Exhibit "W"