## AFFIDAVIT

Before me, the undersigned authority, personally appeared Pamela Marie Winchester, who upon being duly sworn, states as follows:

1.      My name is Pamela Marie Winchester. I live at 433 Wildwood Drive, New Smyrna Beach, Florida. I am a registered voter in Volusia County.

2.      I have been actively involved with Florida Hometown Democracy since the political action committee ("PAC") was formed in 2003. From 2003 until 2005, I worked as a volunteer and coordinator, supervising the volunteer staff, reviewing and checking incoming petitions, then packing and shipping those petitions to the various County Supervisors of Elections (SOEs). In 2005, I became the Florida Hometown Democracy PAC Treasurer and continued to manage the reviewing, counting and shipping of petitions for the campaign. I still serve as the Treasurer and petition coordinator.

3.      I have personally opened and scrutinized hundreds of thousands of petitions, checked them for errors and then submitted the collected petitions to the various Supervisors of Elections (SOEs) at regular intervals. With the assistance of a small staff, we rigorously reviewed all petitions that passed through our headquarters, removed incomplete ones and returned problem petitions to the signers for correction. After packing, the petitions were shipped to the various SOEs along with a cover letter and check for the required validation fee. We shipped either UPS or USPS with delivery confirmation, or hand delivered them across the state to the various SOE offices and retained positive verification of all the shipments. Along with delivery confirmation and the cancelled checks from the Supervisors, I have also maintained records of all shipments in ledger form.

4.      It was my responsibility to keep ledgers documenting the daily and monthly tallies and to deal with the various counties' problems. We submitted boxes of petitions regularly throughout the campaign, as the incoming volume required.

5.      Initially, there were several hundred petitions a week, but as the campaign progressed the volume for review increased to thousands, and, finally, in the month of January, over a 100,000 petitions were reviewed by me and submitted for validation to SOEs throughout the state.

1

Exhibit "4"

6.    Hometown Democracy submitted a total of approximately 827,000 petitions to all 67 SOEs in the State of Florida.

7.    As the February 1st deadline approached, I spoke with several SOE offices about the backlog that they were accumulating. In an effort to gridlock the SOEs, a counter petition from the Florida Chamber of Commerce created a PAC called Floridians for Smarter Growth, which hoarded and then "dumped" over 657,000 of their petitions to the SOE offices between January 2nd and February 1.

8.    In mid-January I received a phone call from Pasco County Supervisor Brian Corley, telling me that "the barn door was closed" and no more petitions would be reviewed by his staff, though there were several weeks remaining until the actual state cut-off. With the January 29th amendment ballot, the upcoming primary election and the complication caused by the delivery of our opposition's load of petitions, he said Pasco County did not have the staff or money to continue our petition validation. I asked if he was telling me not to ship any more and he said no that he just would not guarantee that the boxes would be opened and the petitions validated and counted. We continued to ship petitions.

9.    In Orange County, several days before the end of the campaign, a Hometown Democracy courier was told by the staff at the receiving counter that because the deadline was rapidly approaching, the shipments of petitions "just were not even going to get opened if [HOMETOWN DEMOCRACY] keeps sending them."

10.    Then, another complication surfaced. As the fiasco with the Division of Elections' website count unfolded, we again contacted many of the SOE offices in an attempt to find out their progress in validating. Essentially, we had to rely on "guess-timates" as to what the counties were validating. While checking Jefferson County, I realized Hometown Democracy's petition shipment numbers differed from Jefferson County's received amount. I contacted the SOE's office and then tried to reconcile those numbers with a county staff member. Finally, they located several hundred validated petitions that had been placed in the wrong computer file. I asked if they had the originals, should they need to be re-checked, and I was told, to my horror, "no, I think they have been burned."

2

11.    Since February 2, 2008, we have attempted to balance our internal shipment counts with the counts that were shown on the State's website. When I traveled to several counties (Duval, Volusia, Palm Beach and Orange) and viewed their rejections, I saw petitions that had been rejected for a myriad of reasons that are not on the State's statutory list of accepted rejection reasons. I also noticed that petitions were rejected because the signer's current address did not match the address at which he was initially registered. Instead of returning petitions to Hometown Democracy, as outlined by the State of Florida's Department of Elections, these petitions were merely rejected.

12.    Through my involvement, I have witnessed many validation errors, and I am concerned that many more valid petitions are sitting in supervisor's offices, boxed up and marked rejected. Each SOE we visited was asked what they did with petitions that should have been sent to other counties, and four out of five said they rejected the petitions and were "under no obligation" to forward or return them to the sponsor. No visited SOE looked further than their own county voter rolls for validity even though they had access to the statewide voter registration rolls.

13.    I have signed and I strongly support the Florida Hometown Democracy petition and wish to see it qualified for the November 2008 ballot.

14.    My right to petition is as fundamentally sacred as my right to vote and should be treated as such. Because of my direct interaction with not only the petition documents, but also the entire petition process in the State of Florida, I feel my First Amendment rights have been disregarded along with those of thousands of others whose petitions I have reviewed and submitted.

All of the foregoing are facts personally known to me.

Signature of Affiant: _Pamela Marie Winchester_

Subscribed and sworn to before me on May 9th , 2008 by _Pamela Marie Winchester_ who is personally known to me, or has presented _____ as identification.

Signature of Notary: _Rebecca m Dietz_

_____ Printed name of notary

REBECCA M. DIETZ
Notary Public - State of Florida
My Commission Expires Oct 10, 2010
Commission # DD 603609
Bonded Through National Notary Assn.

3