UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CV-80636-KAM

FLORIDA HOMETOWN DEMOCRACY, INC.,
PAMELA WINCHESTER, BARBARA HERRIN,
SUSAN DUNN, JOHN DUNN, NANCY LEE,
JOSEPH FLORIO, JANET STANKO and JOYCE TARNOW,

    Plaintiffs,

vs.

KURT BROWNING, in his Official Capacity
as Florida Secretary of State,

    Defendant.
_____/

### DECLARATION OF SARAH JANE BRADSHAW

Pursuant to 28 U.S.C. §1746, Sarah Jane Bradshaw declares the following:

1. I am over eighteen years of age and competent to make this declaration.

2. I am the Assistant Director of the Florida Division of Elections and have been employed by the Florida Division of Elections for more than six years. In my capacity as Assistant Director, I am responsible for overseeing, among other things, the determination of whether a proposed initiative to amend the Constitution of the State of Florida was signed by the required number of electors by February 1 of the year in which a general election will be held.

3. The provisions of the Florida Constitution which govern the required number of signatures for a proposed initiative include the following:

    a. Article XI, Section 3 of the Florida Constitution provides:

> The power to propose the revision or amendment of any portion or portions of this constitution by initiative is reserved to the people, provided that, any such revision or amendment, except for those limiting the power of government to raise revenue, shall embrace but one subject and matter directly connected therewith. <u>It may be invoked by filing with the custodian of state records a petition containing a copy of the proposed revision or amendment, signed by a number of electors in each of one half of the congressional districts of the state, and of the state as a whole, equal to eight percent of the votes cast in each of such districts respectively and in the state as a whole in the last preceding election in which presidential electors were chosen</u>. (Emphasis added.)

    b.    Article XI, Section 5(b) of the Florida Constitution provides:

> A proposed amendment or revision of this constitution, or any part of it, by initiative shall be submitted to the electors at the general election provided the initiative petition is filed with the custodian of state records <u>no later than February 1 of the year in which the general election is held</u>. (Emphasis added.)

4. Before an initiative petition may be circulated for signatures, the proposal's sponsor must register as a political committee and submit the petition form to the Secretary of State for approval. Fla.Stat. §100.371(2). If the proposed initiative amendment petition format is deemed sufficient by the Division of Elections, the sponsor may begin circulating petition forms for signatures. Fla.Admin.Code r. 1S-2.009(1) and (2).

5. After collecting the signatures, the sponsor must submit the signed petition forms to the appropriate supervisor of elections that verifies the signatures on the petition forms and submits a certificate to the Secretary of State indicating the number of signatures deemed valid, and the geographical distribution. If the Secretary of State determines that the sponsor has obtained the constitutionally required number of signatures with the appropriate geographical distribution, the Secretary of State will issue a certification of ballot position for the proposed amendment. Fla.Stat. §100.371(4).

6. As noted above, it is the responsibility and duty of the appropriate supervisors of elections to verify signatures on a petition and to submit to the Secretary of State a certification certifying the total number of valid signatures submitted.

7. Prior to 2007, supervisors of elections submitted to the Division of Elections paper certificates indicating the number of signatures verified as valid for each petition initiative. Effective January 1, 2007, Florida law was amended to require supervisors of elections to record each valid signature in the Florida Voter Registration System (FVRS). The Division of Elections subsequently adopted a rule providing that it would rely solely upon the data in FVRS to determine whether the constitutionally requisite number of verified signatures had been obtained with respect to each petition initiative. During 2007, however, the Division of Elections identified problems with the numbers of signatures recorded in FVRS and determined that FVRS did not accurately reflect the number of signatures verified by the counties. There appeared to be system-related problems as well as problems caused by human error. When it became clear that these discrepancies could not be resolved in advance of the February 1, 2008 deadline for determining which petition initiatives had met the requisite number of signatures to be placed on the ballot, the Division adopted an emergency rule eliminating its required reliance upon FVRS. Instead, the Division requested the supervisors of elections to provide written certifications to the Division of the number of signatures that had been verified. The Division then relied on the certifications from the supervisors of elections--rather than the data recorded in FVRS--to determine whether the constitutionally required number of signatures had been obtained by February 1, 2008 for each petition initiative.

8. I am familiar with the initiative proposal by Hometown Democracy and I personally oversaw whether the Hometown Democracy initiative obtained the number and distribution of signatures required by Article XI, Section 3 of the Florida Constitution by the February 1 deadline contained in Article XI, Section 5(b). Based on the certifications made by the 67 supervisors of elections, the Hometown Democracy initiative did not meet either the total number of verified signatures or the distribution of verified signatures by February 1, 2008, to allow the initiative to be placed on the 2008 ballot.

9. More specifically, Article XI, Section 3 of the Florida Constitution requires an initiative petition to be signed by a number of electors in each of one half of the congressional districts of the state, and of the state as a whole, equal to eight percent of the votes cast in each of such districts respectively and in the state as a whole in the last preceding election in which presidential electors were chosen. Based on the last preceding election in which presidential electors were chosen, the Hometown Democracy initiative (and any other initiative for the 2008 general election) had to obtain a total of 611,009 signatures verified by the appropriate supervisors of elections by February 1. As of February 1, 2008, the 67 supervisors of elections had verified a total of only 564,558 Hometown petitions. Moreover, this number includes the more than 18,700 petitions that were revoked by a voter.

10. Attached as Exhibit "A" to my Declaration is a spreadsheet showing by county and by congressional district the number of signatures that were verified by the 67 supervisors of elections for the Hometown initiative as of February 1, 2008.

10. As of February 1, the Hometown initiative also failed to obtain the number of signed petitions verified by the 67 supervisors of elections required by Article XI, Section 3 of the Florida Constitution in one half of the congressional districts of the state. More

4

specifically, even if one were to count the petitions that were revoked, Hometown obtained the required number of signatures in only 10 of the 25 congressional districts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

*Sarah Jane Bradshaw*
Sarah Jane Bradshaw

### REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS

**DISTRICT 1**

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Escambia | 850 | | 850 |
| Holmes | 25 | | 25 |
| Okaloosa | 368 | 1 | 367 |
| Santa Rosa | 400 | | 400 |
| Walton | 95 | | 95 |
| Washington | 151 | | 151 |
| **Total** | **1,889** | **1** | **1,888** |

**DISTRICT 2**

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Bay | 3,529 | 27 | 3,502 |
| Calhoun | 91 | | 91 |
| Dixie | 512 | | 512 |
| Franklin | 284 | | 284 |
| Gadsden | 3,322 | 215 | 3,107 |
| Gulf | 227 | | 227 |
| Jackson | 286 | | 286 |
| Jefferson | 324 | 5 | 319 |
| Lafayette | 97 | | 97 |
| Leon | 17,319 | 333 | 16,986 |
| Liberty | 77 | 1 | 76 |
| Okaloosa | 87 | 1 | 86 |
| Suwannee | 771 | 8 | 763 |
| Taylor | 522 | 2 | 520 |
| Wakulla | 1,354 | 31 | 1,323 |
| Walton | 120 | | 120 |
| **Total** | **28,922** | **623** | **28,299** |

*REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF*
*LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS*

## DISTRICT 3

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Alachua | 2,666 | | 2,666 |
| Clay | 277 | | 277 |
| Duval | 19,137 | 6 | 19,131 |
| Lake | 830 | | 830 |
| Marion | 182 | 2 | 180 |
| Orange | 5,056 | 46 | 5,010 |
| Putnam | 540 | | 540 |
| Seminole | 1,304 | | 1,304 |
| Volusia | 647 | 1 | 646 |
| **Total** | **30,639** | **55** | **30,584** |

## DISTRICT 4

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Baker | 395 | 9 | 386 |
| Columbia | 2,380 | 122 | 2,258 |
| Duval | 13,004 | 434 | 12,570 |
| Hamilton | 191 | 1 | 190 |
| Jefferson | 302 | 6 | 296 |
| Leon | 773 | 27 | 746 |
| Madison | 152 | | 152 |
| Nassau | 1,902 | 51 | 1,851 |
| Union | 102 | 8 | 94 |
| **Total** | **19,201** | **658** | **18,543** |

*REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF*
*LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS*

## DISTRICT 5

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Citrus | 2,448 | 63 | 2,385 |
| Hernando | 11,368 | 747 | 10,621 |
| Lake | 2,997 | 29 | 2,968 |
| Levy | 564 |  | 564 |
| Marion | 354 | 19 | 335 |
| Pasco | 14,248 | 870 | 13,378 |
| Polk | 3,629 | 135 | 3,494 |
| Sumter | 1,583 | 33 | 1,550 |
| *Total* | **37,191** | **1,896** | **35,295** |

## DISTRICT 6

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Alachua | 6,926 | 218 | 6,708 |
| Bradford | 383 | 8 | 375 |
| Clay | 3,141 | 287 | 2,854 |
| Duval | 5,404 | 159 | 5,245 |
| Gilchrist | 330 |  | 330 |
| Lake | 1,869 | 63 | 1,806 |
| Levy | 138 |  | 138 |
| Marion | 3,870 | 319 | 3,551 |
| *Total* | **22,061** | **1,054** | **21,007** |

## DISTRICT 7

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Flagler | 3,552 | 257 | 3,295 |
| Orange | 236 | 1 | 235 |
| Putnam | 298 | 12 | 286 |
| Seminole | 3,639 | 133 | 3,506 |
| St. Johns | 4,631 | 106 | 4,525 |
| Volusia | 15,172 | 82 | 15,090 |
| *Total* | **27,528** | **591** | **26,937** |

*REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS*

### DISTRICT 8

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Lake | 3,689 | 1 | 3,688 |
| Marion | 1,585 | 25 | 1,560 |
| Orange | 11,107 | 58 | 11,049 |
| Osceola | 48 | | 48 |
| **Total** | **16,429** | **84** | **16,345** |

### DISTRICT 9

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Hillsborough | 11,893 | 277 | 11,616 |
| Pasco | 22,848 | 444 | 22,404 |
| Pinellas | 12,896 | 174 | 12,722 |
| **Total** | **47,637** | **895** | **46,742** |

### DISTRICT 10

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Pinellas | 37,461 | 293 | 37,168 |
| **Total** | **37,461** | **293** | **37,168** |

### DISTRICT 11

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Hillsborough | 25,308 | 563 | 24,745 |
| Manatee | 178 | 5 | 173 |
| Pinellas | 4,539 | 7 | 4,532 |
| **Total** | **30,025** | **575** | **29,450** |

### DISTRICT 12

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Hillsborough | 8,365 | 650 | 7,715 |
| Osceola | 233 | | 233 |
| Polk | 21,507 | 537 | 20,970 |
| **Total** | **30,105** | **1,187** | **28,918** |

*REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF*
*LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS*

### DISTRICT 13

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Charlotte | 1,048 | 149 | 899 |
| DeSoto | 190 |  | 190 |
| Hardee | 144 |  | 144 |
| Manatee | 4,656 | 397 | 4,259 |
| Sarasota | 15,088 | 1,234 | 13,854 |
| **Total** | **21,126** | **1,780** | **19,346** |

### DISTRICT 14

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Charlotte | 1,599 | 120 | 1,479 |
| Collier | 833 | 2 | 831 |
| Lee | 9,510 | 28 | 9,482 |
| **Total** | **11,942** | **150** | **11,792** |

### DISTRICT 15

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Brevard | 6,134 | 25 | 6,109 |
| Indian River | 3,620 | 7 | 3,613 |
| Osceola | 7,406 |  | 7,406 |
| Polk | 318 | 2 | 316 |
| **Total** | **17,478** | **34** | **17,444** |

### DISTRICT 16

| County | Signatures | Revocations | Total |
|---|---:|---:|---:|
| Charlotte | 3,277 | 27 | 3,250 |
| Hendry | 132 | 1 | 131 |
| Highlands | 1,642 |  | 1,642 |
| Martin | 6,600 | 35 | 6,565 |
| Okeechobee | 158 |  | 158 |
| Palm Beach | 1,765 | 119 | 1,646 |
| St. Lucie | 5,589 | 88 | 5,501 |
| **Total** | **19,163** | **270** | **18,893** |

*REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF*
*LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS*

### DISTRICT 17

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 11,356 | 388 | 10,968 |
| Miami-Dade | 35,531 | 2 | 35,529 |
| Total | **46,887** | **390** | **46,497** |

### DISTRICT 18

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Miami-Dade | 9,679 | 170 | 9,509 |
| Monroe | 2,595 | 4 | 2,591 |
| Total | **12,274** | **174** | **12,100** |

### DISTRICT 19

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 4,533 | 1,125 | 3,408 |
| Palm Beach | 4,907 | 167 | 4,740 |
| Total | **9,440** | **1,292** | **8,148** |

### DISTRICT 20

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 22,850 | 3,113 | 19,737 |
| Miami-Dade | 2,110 | 15 | 2,095 |
| Total | **24,960** | **3,128** | **21,832** |

### DISTRICT 21

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 5,615 | 178 | 5,437 |
| Miami-Dade | 9,252 | 152 | 9,100 |
| Total | **14,867** | **330** | **14,537** |

### DISTRICT 22

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 6,931 | 2,189 | 4,742 |
| Palm Beach | 5,322 | 139 | 5,183 |
| Total | **12,253** | **2,328** | **9,925** |

*7/15/2008 10:58:15 AM*  *Initiative Petition 05-18 as of 2/1/08*  *Page 7 of 7*

## REFERENDA REQUIRED FOR ADOPTION AND AMENDMENT OF LOCAL GOVERNMENT COMPREHENSIVE LAND USE PLANS

### DISTRICT 23

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Broward | 12,535 | 705 | 11,830 |
| Hendry | 36 | | 36 |
| Martin | 84 | | 84 |
| Palm Beach | 4,817 | 95 | 4,722 |
| St. Lucie | 423 | 7 | 416 |
| **Total** | **17,895** | **807** | **17,088** |

### DISTRICT 24

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Brevard | 5,081 | 5 | 5,076 |
| Orange | 3,119 | 21 | 3,098 |
| Seminole | 2,465 | | 2,465 |
| Volusia | 7,223 | 14 | 7,209 |
| **Total** | **17,888** | **40** | **17,848** |

### DISTRICT 25

| County | Signatures | Revocations | Total |
|---|---|---|---|
| Collier | 279 | 1 | 278 |
| Miami-Dade | 9,018 | 128 | 8,890 |
| **Total** | **9,297** | **129** | **9,168** |

| | | | |
|---|---|---|---|
| *Grand Total* | **564,558** | **18,764** | **545,794** |