UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FLORIDA HOMETOWN DEMOCRACY
INC, PAMELA WINCHESTER,
BARBARA HERRIN, SUSAN DUNN,
JOHN DUNN, NANCY LEE, JOSEPH
FLORIO, JANET STANKO, JOYCE
TARNOW

    VS                             CASE NO. 4:08-cv-00373-SPM-WCS

KURT BROWNING

**JUDGMENT**

This action came before the Court with the Honorable Stephan P. Mickle presiding. The issues have been tried or heard and a decision has been rendered.

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          s/JUDY STONE

September 8, 2008
DATE                                        Deputy Clerk: Judy Stone