# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

FLORIDA HOMETOWN DEMOCRACY
INC, PAMELA WINCHESTER,
BARBARA HERRIN, SUSAN DUNN,
JOHN DUNN, NANCY LEE, JOSEPH
FLORIO, JANET STANKO, JOYCE
TARNOW

     VS                              CASE NO.  4:08-cv-00373-SPM-WCS

KURT BROWNING

## AMENDED JUDGMENT

This action came before the Court with the Honorable Stephan P. Mickle

presiding.  The issues have been considered and a decision has been rendered.

This case is DISMISSED without prejudice for plaintiffs' failure to state a claim

upon which relief may be granted.


                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      s/JUDY STONE

   September 9, 2008                    _____
          DATE                             DEPUTY CLERK: Judy Stone